**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ERIC D. BARTELS, Appellant
v.
JILL E. DURKIN, Appellee

Civil Action No. 3:26-cv-02620-KM
(Mehalchick, J.)

## ORDER

AND NOW, this _____ day of ____________, 2026, the motion is GRANTED as follows:

The motion is GRANTED only as to the existence, filed positions, and procedural dispositions identified in paragraphs 1–6. References to Exhibits A–C are permitted only for those relevant, limited purposes. Disputed allegations are not accepted as true; the merits record is not retroactively expanded. All other objections are preserved. This order grants no stay and changes no deadline.

BY THE COURT:

_________________________________
Karoline Mehalchick
United States District Judge