FILED
SCRANTON
OCT 08 2026
PER ____________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Eric D. Bartels v. Jill E. Durkin
Civil Action No. 3:26-cv-02620-KM
(Mehalchick, J.)

EXHIBITS TO LIMITED-NOTICE MOTION

Exhibit A: Bankruptcy Doc. 199, main document, pages 1-6
Trustee's September 17, 2026 objection
Exhibit pages A-1 through A-6

Exhibit B: Bankruptcy Doc. 206, signed order, page 1
October 1, 2026 order on Doc. 152
Exhibit page B-1

Exhibit C: Adv. No. 5:25-ap-00047-MJC, selected filings
Docket excerpts; Docs. 15, 16, and 22
Exhibit pages C-1 through C-12

Each exhibit has a separate lettered divider.
Only the limited uses requested in the motion are sought.