# EXHIBIT B

FILED
SCRANTON
OCT 08 2026
PER ____
DEPUTY CLERK

Bankruptcy Case No. 5:25-bk-00912-MJC
Doc. 206, entered October 1, 2026

Signed order, one page.
The separate recipient/notice page is omitted.

Requested use: subsequent procedural disposition of Doc. 152.
Not an order approving joinder or deciding the merits
of a proposed co-plaintiff arrangement.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Luxury Time Global, LLC,** | : | **Case No. 5:25-bk-00912-MJC** |
| | : | |
| **Debtor.** | : | |
| **Luxury Time Global, LLC, Jill E. Durkin, Chapter 7 Trustee** | : | |
| | : | |
| **Movant.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Peter Malak,** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

Upon consideration of the Motion to Enforce the Automatic Stay ("Motion") filed July 24, 2026, Doc 152, and the Objection to the Motion filed August 17, 2026, Doc. 165, and the Answer to the Objection filed August 24, 2026, Doc. 170, and a hearing having been held on August 25, 2026;

**AND** the parties having advised the Court of a resolution of the Motion during the hearing of August 25, 2026;

**AND** the Court having entered a text order providing the parties fourteen (14) days to file a Stipulation resolving the Motion or Request that the Matter Be Relisted and that if no action is taken on the Motion by the parties, the matter may be denied without prejudice or further hearing;

**AND** there being no Stipulation or Request to Relist the Matter filed to date, it is hereby

**ORDERED** that the Motion is hereby **DENIED** without prejudice.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 1, 2026