FILED
SCRANTON
OCT 08 2026
PER ______
DEPUTY CLERK

No. 3:26-cv-02620-KM
(Mehalchick, J.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC D. BARTELS,
Appellant,

v.

JILL E. DURKIN,
Appellee.

**APPELLANT APPENDIX**

Appeal from the United States Bankruptcy Court for the Middle District of Pennsylvania, *In re Luxury Time Global, LLC*, No. 5:25-bk-00912-MJC, Order at Doc. 181.

Eric D. Bartels, pro se, solely in his individual capacity
6 Dickinson Close
Moosic, PA 18507
570-479-7141 | edb5020@gmail.com

## TABLE OF CONTENTS


| | App. pages |
|---|---|
| Bankruptcy docket report, October 1, 2026: case identification and relevant entries (excerpts) | 001-011 |
| Doc. 147-2: Engagement letter, filed pages 1-9 and omission notice (July 15, 2026; payment instructions omitted) | 012-021 |
| Doc. 151: Amended employment application (July 24, 2026) | 022-031 |
| Doc. 151-1: Verified statement and schedules (July 24, 2026) | 032-039 |
| Doc. 151-3: Initial proposed order (July 24, 2026) | 040 |
| Doc. 152-1: Malak civil complaint, filed pages 1-2 and 5-8 (July 24, 2026; excerpts) | 041-046 |
| Doc. 153: Renewed objection and filed exhibits (July 27, 2026) | 047-085 |
| Doc. 156: Trustee reply (July 30, 2026) | 086-097 |
| Doc. 159: Order vacating prior employment order (August 4, 2026) | 098 |
| Doc. 160: Sur-reply and hearing order (entered August 5, 2026) | 099-100 |
| Doc. 163: Authorized sur-reply and attachments, including Team Systems opinion (August 10, 2026) | 101-116 |
| Doc. 170: Trustee response concerning Malak (August 24, 2026) | 117-125 |
| Doc. 171: Trustee response to sur-reply (August 24, 2026) | 126-133 |
| Doc. 171-1: Revised proposed order (August 24, 2026) | 134-137 |
| Doc. 201: August 25, 2026 hearing transcript, complete, including resumed proceeding (22 pages) | 138-159 |
| Doc. 173: Motion for leave and proposed response, filed pages 1-12 (August 26, 2026; duplicate opinion omitted) | 160-171 |
| Doc. 174: Motion for leave and proposed response, filed pages 1-12 (August 26, 2026; duplicate opinion omitted) | 172-183 |

**TABLE OF CONTENTS (continued)**


| | App. pages |
|---|---|
| Doc. 175: Trustee response to leave motions (August 28, 2026) | 184-191 |
| Doc. 176: Hearing notice (August 31, 2026) | 192 |
| Doc. 178: Continuance motion (September 9, 2026) | 193-195 |
| Doc. 179: Order denying continuance (September 9, 2026) | 196 |
| Doc. 202: September 10, 2026 employment hearing and oral rulings, complete transcript (24 pages) | 197-220 |
| Doc. 181: Appealed retention order (September 11, 2026) | 221-223 |
| Notice of appeal: District Court Doc. 1 reproduction (September 11, 2026) | 224-229 |
| Doc. 196: Filed statement of issues (September 14, 2026; appeal procedure only) | 230-236 |
| Doc. 197: Filed supplemental designation (September 14, 2026; appeal procedure only) | 237-240 |

## APPENDIX CONVENTIONS AND OMISSIONS

"App." citations identify the numbered source pages following this index, not the PDF viewer counter. Documents appear chronologically; transcripts appear by hearing date. Original filed page numbers and ECF footers are preserved.

The October 1, 2026 docket report is excerpted to show case identification and relevant entries. Entries after the September 11, 2026 appealed order are included only to identify later appeal procedure and current docket history, not as evidence before the bankruptcy court at retention.

The complete August 25 and September 10 hearings occurred before the appealed order. Their later transcription and docketing as Docs. 201 and 202 do not change the hearing dates.

* * * Asterisks identify omissions within reproduced material. Docket-report pages 2-21 and its administrative PACER receipt are omitted. Doc. 147-2 reproduces filed pages 1-9; its payment-instruction page 10 is replaced by an omission notice. Doc. 152-1 is limited to filed pages 1-2 and 5-8; filed pages 3-4 and 9-67 are omitted.

* * * Docs. 173 and 174 each reproduce filed pages 1-12. Their identical seven-page Team Systems opinion attachments (filed pages 13-19) are omitted from those copies. The full opinion remains with Doc. 163 at App. 110-116.

The later filings at Docs. 199 and 206 and the selected separate-adversary materials are supplied with the separate Motion for Limited Judicial Notice and Limited Consideration of Specified Bankruptcy Filings. They are not reproduced here as part of the pre-order retention record.

The filed statement of issues and supplemental designation reproduced at the end concern appeal procedure. Their inclusion does not establish that any designated material was considered below or that an allegation is true.