# U.S. Bankruptcy Court
# Middle District of Pennsylvania (Wilkes-Barre)
# Bankruptcy Petition #: 5:25-bk-00912-MJC

*Assigned to:* Honorable Mark J Conway
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

*Date filed:* 04/02/2025
*Date converted:* 08/22/2025
*341 meeting:* 01/06/2026
*Deadline for filing claims:* 05/08/2026
*Deadline for filing claims (govt.):* 05/08/2026

| | |
|---|---|
| ***Debtor 1***<br>**Luxury Time Global, LLC**<br>6 Dickinson Close<br>Moosic, PA 18507<br>LACKAWANNA-PA<br>Tax ID / EIN: XX-XXX5429<br>***dba*** **Luxury Time Global** | represented by **C. Stephen Gurdin, Jr**<br>67-69 Public Square, Suite 501<br>Wilkes-Barre, PA 18701-2512<br>570 826-0481<br>Fax : 570 822-7780<br>Email: Stephen@gurdinlaw.com |
| ***Trustee***<br>**Jill E. Durkin**<br>Durkin Law, LLC<br>(Trustee)<br>401 Marshbrook Road<br>Factoryville, PA 18419<br>570-881-4158 | represented by **Jill E Durkin**<br>Durkin Law, LLC<br>401 Marshbrook Road<br>Factoryville, PA 18419<br>570-881-4158<br>Email: jilldurkinesq@gmail.com |
| ***Asst. U.S. Trustee***<br>**United States Trustee**<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102<br>717 221-4515 | represented by **Kenneth G Lau**<br>DOJ-Ust<br>125 Ottawa Avenue NW<br>Suite 200r<br>Grand Rapids, MI 49503<br>616-456-2485<br>Fax : 616-456-2550<br>Email: kenneth.g.lau@usdoj.gov |

* * * Docket-report pages 2-21 omitted. * * *

| | | |
|---|---|---|
| 04/29/2026 | | this Request and the Status conference will be held as scheduled. IT IS SO ORDERED on 4/29/2026. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)134). (Ratchford, Patricia) (Entered: 04/29/2026) |
| 04/30/2026 | 136 (1 pg) | Request to remove matter from hearing list Filed by Jill E. Durkin on behalf of Jill E. Durkin (RE: related document(s) 133 ). (Durkin, Jill) (Entered: 04/30/2026) |
| 04/30/2026 | 137 | **Proceeding Memo for hearing scheduled on: 04/30/2026** **MATTER:** Status Conference # 112 **APPEARANCES:** Jill E. Durkin, Esq., Kenneth G. Lau, Esq. (both by remote appearance) **DISPOSITION:** Status conference held and continued. Record made. **HEARING Scheduled for 05/11/2026 at 11:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Ratchford, Patricia) (Entered: 04/30/2026) |
| 05/11/2026 | 138 | **Proceeding Memo for hearing scheduled on: 05/11/2026** **MATTER:** Status Conference # 112 **APPEARANCES:** Jill E. Durkin, Esq., Kenneth G. Lau, Esq. (both by remote appearance) **DISPOSITION:** Status conference held and concluded. Record made. (Ratchford, Patricia) (Entered: 05/11/2026) |
| 05/14/2026 | 139 | Adversary Proceeding 5:25-ap-23 Dismissed. (McHugh, Michael) (Entered: 05/14/2026) |
| 05/15/2026 | 140 | Adversary Proceeding 5:25-ap-26 Dismissed. (McHugh, Michael) (Entered: 05/15/2026) |
| 05/19/2026 | 141 | Adversary Proceeding 5:25-ap-46 Dismissed. (McHugh, Michael) (Entered: 05/19/2026) |
| 05/19/2026 | 142 (2 pgs) | Request for Notice under 2002 Filed by Beverly Weiss Manne of Tucker Arensberg PC on behalf of Orafi, Inc.. (Manne, Beverly) (Entered: 05/19/2026) |
| 05/27/2026 | 143 (4 pgs; 3 docs) | Motion to Appear pro hac vice Filed by Beverly Weiss Manne of Tucker Arensberg PC on behalf of Orafi, Inc.. (Attachments: # 1 Certification # 2 Proposed Order) (Manne, Beverly) (Entered: 05/27/2026) |

| | | |
|---|---|---|
| 05/29/2026 | 144<br>(2 pgs; 2 docs) | Order Granting Motion To Appear pro hac vice (RE: related document(s)143). (McHugh, Michael) (Entered: 05/29/2026) |
| 05/31/2026 | 145<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)144). Notice Date 05/31/2026. (Admin.) (Entered: 06/01/2026) |
| 06/23/2026 | 146 | Adversary Proceeding 5:25-ap-34 Closed. (McHugh, Michael) (Entered: 06/23/2026) |
| 07/15/2026 | 147<br>(29 pgs; 5 docs) | Application to Employ Tucker Arensberg, P.C. and Gendler & Gendler, PLLC as Special Counsel. Filed by Trustee. (Attachments: # 1 Exhibit A # 2 Engagement Letter # 3 Proposed Order # 4 Certificate of Service) (Durkin, Jill) (Entered: 07/15/2026) |
| 07/17/2026 | 148<br>(10 pgs) | Limited Objection to Trustee's Application to Employ Filed by Eric D. Bartels (RE: related document(s)147). (Miscevich, Jennifer) (Entered: 07/17/2026) |
| 07/22/2026 | 149<br>(1 pg) | Request for Audio Recording of hearing scheduled on 5/11/2026. Filing fee due in the amount of $ 34.00. Filed by Eric D. Bartels . (Litzenberger, Pattie) (Entered: 07/22/2026) |
| 07/22/2026 | 150 | Record of Filing Fee Payment for $34.00 (RE: related document(s)149). (Litzenberger, Pattie) (Entered: 07/22/2026) |
| 07/22/2026 | | Receipt of Request for Audio Recording(5:25-bk-912) [misc,audiorec] ( 34.00) filing fee. Receipt number 77456370850, amount $ 34.00. (RE: related document(s)149). (Litzenberger) (Entered: 07/22/2026) |
| 07/24/2026 | 151<br>(30 pgs; 5 docs) | Amended Application to Employ Tucker Arensberg, P.C. and Gendler & Gendler, PLLC as Special Counsel. Filed by Trustee (RE: related document(s)147). (Attachments: # 1 Exhibit A # 2 Redline amended application # 3 Proposed Order # 4 Certificate of Service) (Durkin, Jill) (Entered: 07/24/2026) |
| 07/24/2026 | 152<br>(75 pgs; 4 docs) | Motion to *Enforce the* Automatic Stay Filed by Beverly Weiss Manne of Tucker Arensberg PC on behalf of Jill E. Durkin. (Attachments: # 1 Exhibit Exhibit A - copy of Complaint and Exhibits # 2 Proposed Order Order Granting Motion to Enforce Stay # 3 Certificate of Service) (Manne, Beverly)Modified on 7/27/2026 (MPM). (Entered: 07/24/2026) |

| | | |
|---|---|---|
| 07/27/2026 | 153<br>(39 pgs) | ERIC DAVID BARTELS' RENEWED AND SUPPLEMENTAL LIMITEDOBJECTION TO TRUSTEE'S AMENDED APPLICATION TO EMPLOY SPECIALCOUNSEL (DOC. 151), ALTERNATIVE MOTION FOR LEAVE TO BE HEARDUNDER FED. R. BANKR. P. 2018(a), REQUEST FOR HEARING, ANDRESERVATION OF RIGHTS. Filed by Eric D. Bartels (RE: related document(s)151). (McHugh, Michael) (Entered: 07/27/2026) |
| 07/27/2026 | 154<br>(3 pgs; 2 docs) | Notice setting objection date and hearing. Request submitted to BNC for mailing. (RE: related document(s)152). Objections due by 8/17/2026. Hearing scheduled for 8/25/2026 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 07/27/2026) |
| 07/29/2026 | 155<br>(4 pgs) | BNC Certificate of Notice (Notice of Hearing) (RE: related document(s)154). Notice Date 07/29/2026. (Admin.) (Entered: 07/30/2026) |
| 07/30/2026 | 156<br>(14 pgs; 3 docs) | Answer */Response to Limited Objection of Eric Bartels to Trustee's Amended Application to Employ Special Counsel* Filed by Jill E. Durkin on behalf of Jill E. Durkin (RE: related document(s)147, 148, 151, 153). (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Durkin, Jill) (Entered: 07/30/2026) |
| 07/31/2026 | 157<br>(19 pgs) | Eric David Bartels' Motion for Leave to File Limited Sur-Reply to Document 156, for Consideration Before Entry of Proposed Order, and for Hearing. Filed by Eric D. Bartels (RE: related document(s)151, 153, 156). (McHugh, Michael) (Entered: 08/03/2026) |
| 08/03/2026 | 158<br>(2 pgs; 2 docs) | *Vacated by Order #159 of August 4, 2026.* Order Granting *Amended* Application to Employ Tucker Arensberg, P.C. and Gendler & Gendler, PLLC as Special Counsel (RE: related document(s)151). (McHugh, Michael)Modified on 8/4/2026 (MPM).Modified on 8/4/2026 (MPM). (Entered: 08/03/2026) |
| | 159<br>(2 pgs; 2 docs) | Order Vacating Order Granting Amended Application to Employ Tucker Arensberg, P.C. and Gendler and Gendler, PLLC as Special Counsel. The Clerk of the Court shall set a hearing on the Amended Application to Employ Tucker Arensberg, P.C. and Gendler and Gendler, PLLC as Special |

| | | |
|---|---|---|
| 08/04/2026 | | Counsel. (RE: related document(s)158). (McHugh, Michael) (Entered: 08/04/2026) |
| 08/04/2026 | 160 (3 pgs; 2 docs) | Order Granting Motion #157 and setting Hearing. (RE: related document(s)151, 156, 157). Hearing scheduled for 9/10/2026 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 08/05/2026) |
| 08/06/2026 | 161 (3 pgs) | BNC Certificate of Notice (RE: related document(s)159). Notice Date 08/06/2026. (Admin.) (Entered: 08/07/2026) |
| 08/07/2026 | 162 (4 pgs) | BNC Certificate of Notice (RE: related document(s)160). Notice Date 08/07/2026. (Admin.) (Entered: 08/08/2026) |
| 08/10/2026 | 163 (16 pgs) | Limited Sur-Reply to Trustee's Reply. Filed by Eric D. Bartels (RE: related document(s)156). (McHugh, Michael) (Entered: 08/10/2026) |
| 08/13/2026 | 164 (1 pg) | Notice of Change of Address Filed by Michael Manser . (McHugh, Michael) (Entered: 08/13/2026) |
| 08/17/2026 | 165 (8 pgs) | Objection to *Motion of Trustee to Enforce the Automatic Stay* Filed by David J. Harris on behalf of PETER MALAK (RE: related document(s)152). (Harris, David) (Entered: 08/17/2026) |
| 08/17/2026 | 166 (1 pg) | Certificate of Service *(Regarding Objection of Peter Malak To Motion of Trustee to Enforce Automatic Stay)* Filed by David J. Harris on behalf of PETER MALAK (RE: related document(s)165). (Harris, David) (Entered: 08/17/2026) |
| 08/20/2026 | 167 (2 pgs) | Entry of Appearance of David J. Harris, Esquire Filed by David J. Harris on behalf of PETER MALAK. (Harris, David) (Entered: 08/20/2026) |
| 08/20/2026 | 168 | Notice: There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry #167. The caption of the Request indicates this is a chapter 11 case but in fact it is a chapter 7. Please review the noted discrepancy for accuracy. If the information you provided is not accurate, please refile or amend your document. (There is no image or paper document associated with this entry.) (RE: related document(s)167). (McHugh, Michael) (Entered: 08/20/2026) |

| | | |
|---|---|---|
| 08/21/2026 | 169<br>(2 pgs) | Amended Entry of Appearance of David J. Harris, Esquire Filed by David J. Harris on behalf of PETER MALAK. (Harris, David) (Entered: 08/21/2026) |
| 08/24/2026 | 170<br>(10 pgs; 2 docs) | Answer *TRUSTEE'S RESPONSE TO MALAK OBJECTION TO TRUSTEE'S MOTION* Filed by Beverly Weiss Manne of Tucker Arensberg PC on behalf of Jill E. Durkin (RE: related document(s)152). (Attachments: # 1 Certificate of Service) (Manne, Beverly)Modified on 8/25/2026 (MPM). Related document(s) 165. Modified on 8/25/2026 (MPM). (Entered: 08/24/2026) |
| 08/24/2026 | 171<br>(12 pgs; 2 docs) | Objection to *Bartels Sur Reply to renewed Objection to Application* Filed by Jill E. Durkin on behalf of Jill E. Durkin (RE: related document(s)163). (Attachments: # 1 Exhibit A - Proposed Order)(Durkin, Jill) (Entered: 08/24/2026) |
| 08/25/2026 | 172 | **Proceeding Memo for hearing scheduled on: 08/25/2026**<br>**MATTER:** Motion to Enforce the Automatic Stay # 152 filed by Jill E. Durkin, Trustee # 152 ; Objection by Peter Malak # 165 ; Trustee's Response to Objection # 170<br>**APPEARANCES:** Jill E. Durkin, Esq., Casey Bolton, Esq., David J. Harris, Esq. (all in person); Beverly Weiss Manne, Esq. (by remote appearance)<br>**DISPOSITION:** Hearing held. Motion settled, Agreed To Order or Stipulation to be filed within fourteen (14) days as discussed on the record. Order - Agreed To Order / Stipulation or a Request to Relist Matter to be filed within fourteen (14) days. If the Agreed To Order / Stipulation is not filed by the date indicated or a request to relist matter for hearing is not filed, the underlying Motion may be denied without prejudice and without further Notice. IT IS SO ORDERED. /s/ Mark J. Conway. Record made.<br>Stipulation Due 09/08/2026 (Ratchford, Patricia) (Entered: 08/25/2026) |
| 08/26/2026 | 173<br>(19 pgs) | Motion for Leave to File a Limited Response to Documents 171 and 171-1. Filed by Eric D. Bartels (RE: related document(s)171) . (McHugh, Michael) (Entered: 08/27/2026) |
| 08/26/2026 | 174<br>(19 pgs) | Motion or Leave to File a Limited Response to Documents 171 and 171-1. Filed by Eric D. Bartels (RE: related document(s)171) . (McHugh, Michael) (Entered: 08/27/2026) |

| | | |
|---|---|---|
| 08/28/2026 | 175<br>(8 pgs) | Objection to *Bartels' Motions for Leave to File Additional Response* Filed by Jill E. Durkin on behalf of Jill E. Durkin (RE: related document(s)173, 174). (Durkin, Jill) (Entered: 08/28/2026) |
| 08/31/2026 | 176<br>(2 pgs; 2 docs) | Notice setting hearing. Request submitted to BNC for mailing. (RE: related document(s)173, 174). Hearing scheduled for 9/10/2026 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 08/31/2026) |
| 09/02/2026 | 177<br>(3 pgs) | BNC Certificate of Notice (Notice of Hearing) (RE: related document(s)176). Notice Date 09/02/2026. (Admin.) (Entered: 09/03/2026) |
| 09/09/2026 | 178<br>(3 pgs) | Motion to Continue Hearing. Filed by Eric D. Bartels (RE: related document(s)173, 174, 176) . (McHugh, Michael). Related document(s) 151. Modified on 9/9/2026 (MPM). (Entered: 09/09/2026) |
| 09/09/2026 | 179<br>(2 pgs; 2 docs) | Order Denying Motion To Continue (RE: related document(s)151, 173, 174, 178). (McHugh, Michael) (Entered: 09/09/2026) |
| 09/10/2026 | 180 | **Proceeding Memo for hearing scheduled on: 09/10/2026**<br>**MATTER:** Amended Application to Employ Special Counsel # 151 filed by Trustee; Ltd. Objection of Eric Bartels # 153 ; Response to Objection by Trustee # 156 ; Ltd. Sur-Reply of E. Bartels # 163 Trustees Objection to Sur-Reply # 171<br>**APPEARANCES:** Kasey D. Bolton, Esq., Jill E. Durkin, Esq. (both in person appearance), Beverly W. Manne, Esq., Eric D. Bartels, Creditor, Peter Malak, Creditor, (all by remote appearance)<br>**DISPOSITION:** Hearing Held. Objection is Overruled as stated on the record. Amended Application to Employ Special Counsel is Granted. Order to be entered. The Motions for Leave filed at Doc. 173 and 174 are considered MOOT. IT IS SO ORDERED. /s/ Mark J. Conway. Record made. (Ratchford, Patricia) (Entered: 09/10/2026) |
| 09/11/2026 | 181<br>(4 pgs; 2 docs) | Order Granting *Amended* Application to Employ Tucker Arensberg, P.C. and Gendler & Gendler, PLLC as Special Counsel (RE: related document(s)151). (McHugh, Michael) Modified on 9/11/2026 (MPM). (Entered: 09/11/2026) |

| | | |
|---|---|---|
| 09/11/2026 | 182 (6 pgs) | Notice of Appeal of Order dated 9/11/2026 and Statement of Election. Filing fee due in the amount of $ 298.00. Filed by Eric D. Bartels (RE: related document(s)181). Transmission to District Court due by 10/16/2026. Appellant Designation due by 9/25/2026. (McHugh, Michael). Related document(s) 180 . Modified on 9/11/2026 (MPM). (Entered: 09/11/2026) |
| 09/11/2026 | 183 (1 pg) | Request for Audio Recording of hearing scheduled on 8/25/2026. Filing fee due in the amount of $ 34.00. Filed by Eric D. Bartels . (Litzenberger, Pattie) (Entered: 09/11/2026) |
| 09/11/2026 | 184 | Record of Filing Fee Payment for $34.00 (RE: related document(s)183). (Litzenberger, Pattie) (Entered: 09/11/2026) |
| 09/11/2026 | 185 (8 pgs) | Motion and Brief under Fed. R. Bankr. P. 8007(a) for a Limited Stay and Seven-Day Notice Protocol Pending Appeal. Filed by Eric D. Bartels (RE: related document(s) 180 , 181) . (McHugh, Michael) (Entered: 09/11/2026) |
| 09/11/2026 | | Receipt of Request for Audio Recording(5:25-bk-912) [misc,audiorec] ( 34.00) filing fee. Receipt number 77507839161, amount $ 34.00. (RE: related document(s)183). (Litzenberger) (Entered: 09/11/2026) |
| 09/11/2026 | 186 (7 pgs; 2 docs) | PDF document (Notice of Appeal) submitted to BNC for mailing. (RE: related document(s)182). (McHugh, Michael) (Entered: 09/11/2026) |
| 09/11/2026 | 187 (2 pgs; 2 docs) | Notice of filing fee due in the amount of $ 298.00 for Notice of Appeal filed on 9/11/2026 by Eric D. Bartels. Request submitted to BNC for mailing. (RE: related document(s)182). (McHugh, Michael) (Entered: 09/11/2026) |
| 09/11/2026 | 188 (2 pgs; 2 docs) | Notice setting hearing. Request submitted to BNC for mailing. (RE: related document(s)185). Hearing scheduled for 9/22/2026 at 11:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 09/11/2026) |
| 09/11/2026 | 189 (1 pg) | Request for Audio Recording of hearing scheduled on 9/10/2026. Filing fee due in the amount of $ 34.00. Filed by Eric D. Bartels . (Litzenberger, Pattie) (Entered: 09/11/2026) |
| | 190 | Record of Filing Fee Payment for $34.00 (RE: related |

| | | |
|---|---|---|
| 09/11/2026 | | document(s)189). (Litzenberger, Pattie) (Entered: 09/11/2026) |
| 09/11/2026 | | Receipt of Request for Audio Recording(5:25-bk-912) [misc,audiorec] ( 34.00) filing fee. Receipt number 77507812061, amount $ 34.00. (RE: related document(s)189). (Litzenberger) (Entered: 09/11/2026) |
| 09/11/2026 | 191 | Transmittal of Notice of Appeal to Civil Action Number: 26-02620. (There is no image or paper document associated with this entry.) (RE: related document(s)182). (McHugh, Michael) (Entered: 09/11/2026) |
| 09/11/2026 | 192 (3 pgs) | BNC Certificate of Notice (RE: related document(s)179). Notice Date 09/11/2026. (Admin.) (Entered: 09/12/2026) |
| 09/13/2026 | 193 (3 pgs) | BNC Certificate of Notice (Notice) (RE: related document(s)187). Notice Date 09/13/2026. (Admin.) (Entered: 09/14/2026) |
| 09/13/2026 | 194 (3 pgs) | BNC Certificate of Notice (Notice of Hearing) (RE: related document(s)188). Notice Date 09/13/2026. (Admin.) (Entered: 09/14/2026) |
| 09/14/2026 | 195 (7 pgs) | Appellant's Designation of Contents to be included in the record Filed by Eric D. Bartels (RE: related document(s)182). Appellee designation due by 9/28/2026. (McHugh, Michael) (Entered: 09/14/2026) |
| 09/14/2026 | 196 (7 pgs) | Statement of Issues on Appeal Filed by Eric D. Bartels (RE: related document(s)182). (McHugh, Michael) (Entered: 09/14/2026) |
| 09/14/2026 | 197 (4 pgs) | Appellant's Supplemental Designation of Contents to be included in the record Filed by Eric D. Bartels (RE: related document(s)195). (McHugh, Michael)Modified on 9/15/2026 (MPM). (Entered: 09/14/2026) |
| 09/16/2026 | 198 | Record of Filing Fee Payment for $298.00 (RE: related document(s)182). (Litzenberger, Pattie) (Entered: 09/16/2026) |
| 09/16/2026 | | Receipt of Notice of Appeal and Statement of Election(5:25-bk-912) [appeal,ntcapl] ( 298.00) filing fee. Receipt number 77512794423, amount $ 298.00. (RE: related document(s)182). (Litzenberger) (Entered: 09/16/2026) |

| | | |
|---|---|---|
| 09/17/2026 | 199<br>(8 pgs; 3 docs) | Objection to *Motion of Eric David Bartels for Stay Under Bankruptcy Rule 8007* Filed by Beverly Weiss Manne of Tucker Arensberg PC on behalf of Jill E. Durkin (RE: related document(s)185). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Manne, Beverly) (Entered: 09/17/2026) |
| 09/18/2026 | 200<br>(5 pgs) | Withdrawal and Request to Cancel Hearing on 09/22/2026. Filed by Eric D. Bartels (RE: related document(s)185). (McHugh, Michael) (Entered: 09/18/2026) |
| 09/19/2026 | 201 | Transcript of Testimony requested by Eric D. Bartels of MOTION TO ENFORCE THE AUTOMATIC STAY FILED BY JILL E. DURKIN, TRUSTEE (DOC 152); OBJECTION BY PETER MALAK (DOC 165); TRUSTEES RESPONSE TO OBJECTION (DOC 170) Held 8/25/2026. Remote electronic access to the transcript is restricted until 12/18/2026. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [To purchase a copy of the transcript, contact the Clerk's Office.]. Redaction Request Due By 10/10/2026. Redacted Transcript Submission Due By 10/20/2026. Transcript access will be restricted through 12/18/2026. (Transcripts Plus) (Entered: 09/19/2026) |
| 09/19/2026 | 202 | Transcript of Testimony requested by Eric D. Bartels of AMENDED APPLICATION TO EMPLOY SPECIAL COUNSEL FILED BY TRUSTEE (DOC 151); LIMITED OBJECTION OF ERIC BARTELS (DOC 153); RESPONSE TO OBJECTION BY TRUSTEE (DOC 156); LIMITED SURREPLY OF ERIC BARTELS (DOC 163); TRUSTEES OBJECTION TO SURREPLY (DOC 171) Held 9/10/2026. Remote electronic access to the transcript is restricted until 12/18/2026. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [To purchase a copy of the transcript, contact the Clerk's Office.]. Redaction Request Due By 10/10/2026. Redacted Transcript Submission Due By 10/20/2026. Transcript access will be restricted through 12/18/2026. (Transcripts Plus) (Entered: 09/19/2026) |
| | 203 | **Proceeding Memo for hearing scheduled on: 09/22/2026**<br>**MATTER:** Motion and Brief under Fed. R. Bankr. P. 8007(a) for a Limited Stay and Seven-Day Notice Protocol Pending Appeal filed by Eric D. Bartels #185: Objection filed by Jill E. Durkin #199<br>**APPEARANCES:** Beverly Manne, Esq.; Jill E. Durkin, Esq.; |

| | | |
|---|---|---|
| 09/22/2026 | | Eric D. Bartels<br>**DISPOSITION:** Hearing held. Motion and Brief under Fed. R. Bankr. P. 8007(a) for a Limited Stay and Seven-Day Notice Protocol Pending Appeal withdrawn with consent on the record. Order- the Withdrawal is hereby approved. IT IS SO ORDERED /s/ Mark J. Conway. Record made.<br>(Price, Lyndsey) (Entered: 09/22/2026) |
| 09/22/2026 | 204<br>(2 pgs; 2 docs) | Proceeding Memo re: Hearing held. Motion and Brief under Fed. R. Bankr. P. 8007(a) for a Limited Stay and Seven-Day Notice Protocol Pending Appeal withdrawn with consent on the record. Order- the Withdrawal is hereby approved. IT IS SO ORDERED /s/ Mark J. Conway. Record made. Appearances: Beverly Manne, Esq.; Jill Durkin, Esq.; Eric D. Bartels(RE: related document(s) 203 ). (Price, Lyndsey) (Entered: 09/22/2026) |
| 09/24/2026 | 205<br>(3 pgs) | BNC Certificate of Notice (Order) (RE: related document(s)204). Notice Date 09/24/2026. (Admin.) (Entered: 09/25/2026) |
| 10/01/2026 | 206<br>(2 pgs; 2 docs) | Order Denying Motion to Enforce Automatic Stay (RE: related document(s)152). (McHugh, Michael) (Entered: 10/01/2026) |

* * * Administrative PACER receipt omitted. * * *