**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CHAPTER 7** |
| **Luxury Time Global, LLC,** | : | |
| | : | **CASE NO. 25-00912** |
| **Debtor** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER AUTHORIZING TUCKER ARENSBERG, P.C. AND GENDLER & GENDLER, PLLC AS SPECIAL COUNSEL FOR TRUSTEE**

AND NOW, upon consideration of the Application of Jill E. Durkin, Trustee, for authority to employ Tucker Arensberg, P.C. and Gendler & Gendler, PLLC to serve as Special Counsel in connection with this case, and it appearing that Tucker Arensberg, P.C. and Gendler & Gendler, PLLC are attorneys duly admitted to practice in this Court, and the Court being satisfied that said attorney represents no interest adverse as Attorney for the Trustee of the estate of the Debtor in the matters upon which it is to be engaged; that its employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, it is hereby

ORDERED AND DECREED that Tucker Arensberg, P.C. and Gendler & Gendler, PLLC, be, and hereby is, authorized to serve as Special Counsel for Trustee in this case, as of the date of the application.

By the Court: