# EXHIBIT "A"

# TO TRUSTEE JILL E. DURKIN'S MOTION TO ENFORCE STAY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PETER MALAK**<br>**6 Bredder Court, Unit B**<br>**Elmwood Park, NJ 07407,**<br>**Plaintiff,**<br>**v.**<br><br>**ERIC D. BARTELS**<br>**6 Dickinson Close**<br>**Moosic, PA 18507,**<br><br>**EMB TRADING, LLC, individually and d/b/a SUPERLATIVE WATCH CO.**<br>**30 S. 15th Street, Suite 1550, PMB**<br>**Philadelphia, PA 19102,**<br><br>**CLAIRE BUTLER**<br>**1000 West Avenue, Apt. 406**<br>**Miami Beach, FL 33139, and**<br><br>**B&B LUXURY TRADING GROUP, LLC**<br>**1000 West Avenue, Apt. 406**<br>**Miami Beach, FL 33139,**<br>**Defendants.** | **3:26-CV-__________**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiff Peter Malak ("Plaintiff Malak"), by his undersigned counsel, hereby files his Complaint against Defendants Eric D. Bartels, EMB Trading, LLC, individually and d/b/a Superlative Watch Co., Claire Butler, and B&B Luxury Trading Group, LLC (collectively, "Defendants"), and in support thereof avers as follows:



* * * Filed pages 3-4 omitted. * * *

the April 2, 2025 bankruptcy petition filed by Luxury Time Global, LLC at Docket No. 05:25-bk-00912-MJC in the United States Bankruptcy Court for the Middle District of Pennsylvania[1].

13. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## III. FACTUAL BACKGROUND

14. After numerous face-to-face meetings, exchanges of text and email communications, and telephone conferences that included the presentation, submission, and representation of financial information by Defendant Bartels, Plaintiff Malak lent the total sum of **$1,100,000.00** in a series of transfers to Luxury Time Global, with the promise that the principal sums would be repaid with interest.

15. The sums borrowed by Luxury Time Global were distributed by or through Plaintiff Malak to Defendant Bartels and Luxury Time Global in four installments from April, 2024 through September, 2024.

16. Defendant Bartels made material misrepresentations, both verbally and in writing, concerning Luxury Time Global's financial performance and its ability to repay the $1.1 Million and made the material misrepresentations with the intent to deceive Plaintiff Malak.

[1]Defendant Bartels had earlier filed a personal Chapter 13 bankruptcy petition on or about March 13, 2021 at Docket No. 5:21-bk-00490-MJC. He voluntarily dismissed and withdrew his petition on or about July 29, 2025 after the United States Trustee moved to dismiss the proceeding as a bad faith filing and for failure to make required payments.

17. At the time that Defendant Bartels made the material representations to Plaintiff Malak, Defendant Bartels and Luxury Time Global knew that the representations were false and that neither Defendant Bartels nor Luxury Time Global intended to repay the principal sums borrowed from Plaintiff Malak or the interest thereon.

18. Defendant Bartels intended to deceive Plaintiff Malak and fraudulently induced him to transfer $1.1 Million to Luxury Time Global.

19. Defendant Butler's involvement in Luxury Time Global's operations was so pervasive that in late November, 2024 she transferred $45,000 (an amount nearly equal to ½ her base salary) from her personal financial account to Luxury Time Global without any documentation of the transfer as a loan, gift, or some other purpose.

**LUXURY TIME GLOBAL AND ITS BANKRUPTCY**

20. On April 2, 2025, Defendant Bartels caused Luxury Time Global, LLC to file a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code at No. 05:25-bk-00912-MJC in the United States Bankruptcy Court for the Middle District of Pennsylvania.

21. On or about May 27, 2025, the United States Trustee filed a Motion For Conversion Or Dismissal of Luxury Time Global's Chapter 11 bankruptcy petition. A true and correct copy of the United States Trustee's Motion For Conversion Or

Dismissal, filed May 27, 2025, is attached hereto and incorporated herein as Exhibit "A".

22. The United States Trustee specifically noted that "dozens of entries on [Luxury Time Global's] checking account statements reflect its payment of Mr. Bartels' personal expenses at gas stations, restaurants and food delivery, car washes, clothing purchases, Apple.com and a trip to a beauty salon" during an eight (8) month period in 2024-25. Id. at pp. 6-7, n. 6.

23. To support the United States Trustee's Motion for Conversion or Dismissal, Bankruptcy Auditor Nicole Watson reviewed and analyzed Luxury Time Global's bankruptcy schedules, bank statements, tax returns and schedules, and other financial records, as well as the personal bank account information and bank statements of Defendant Bartels, and filed her declaration and supporting exhibits on or about July 8, 2025. A true and correct copy of the Declaration of Bankruptcy Auditor Nicole Watson is attached hereto and incorporated herein as Exhibit "B".

24. On August 22, 2025, Luxury Time Global's Chapter 11 proceeding was converted to a Chapter 7 bankruptcy.

25. At the Section 341 meeting of creditors in the Luxury Time Global bankruptcy conducted on May 6 and 13, 2025, Defendant Bartels testified and acknowledged that between April-September 2024, he caused Luxury Time Global

to borrow $1.1 Million in installments from Plaintiff Malak after promises that the funds would be used to purchase watch inventory.

26. In an adversary action filed on June 20, 2025 by Luxury Time Global against Plaintiff Malak and docketed to Adversary No. 5:25-ap-00047-MJC, Luxury Time Global alleged that it paid back to Plaintiff Malak sums totaling **$583,689.00** from April 26, 2024 through September 6, 2024.

27. As a result of the foregoing payments, Plaintiff Malak retains a claim against Luxury Time Global and Defendant Bartels for a principal balance owed of **$516,311.00**.

28. Aside from the balance owed to Plaintiff Malak, Luxury Time Global's bankruptcy schedules indicated that it had assets of $2,501.00 and had non-priority unsecured obligations totaling $411,480.00 to eleven (11) separate "Merchant Cash Advance" ("MCA") lenders, which were incurred between September 2024 and March 2025.

29. In contrast, at relevant times, Defendant Bartels claimed gross income in excess of $18 Million when filing his personal tax returns.

30. On its Statement of Financial Affairs, Luxury Time Global admitted that from January 1, 2024 to December 31, 2024 it transferred out of its business checking and savings accounts and into Defendant Bartels' personal checking and savings accounts the sum of $3,348,865.05 and that, after reflecting transfers back



* * * Filed pages 9-67 omitted. * * *