**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Luxury Time Global, LLC,** | : | **Case No. 5:25-bk-00912-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# ORDER

Upon consideration of the Order Granting Amended Application to Employ Tucker Arensberg, P.C. and Gendler and Gendler, PLLC as Special Counsel ("Order"), Doc. 158,

**AND** the Order having been entered in error, it is hereby

**ORDERED** that the Order is hereby **VACATED**; and it is further

**ORDERED** that the Clerk of the Court shall set a hearing on the Amended Application to Employ Tucker Arensberg, P.C. and Gendler and Gendler, PLLC as Special Counsel, Doc. 151.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 4, 2026