**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Luxury Time Global, LLC,** | : | **Case No. 5:25-bk-00912-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **Eric David Bartels,** | : | |
| | : | |
| **Movant.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Luxury Time Global, LLC, Jill E. Durkin, Chapter 7 Trustee,** | : | |
| | : | |
| **Respondent.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

Upon consideration of the Motion for Leave to File Limited Sur Reply to Document 156, for Consideration before Entry of Proposed Order ("Motion"), Doc. 157, and there being no objections to the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Eric David Bartels ("Movant") shall file the Limited Sur Reply **on or before August 11, 2026** as a separate docket entry; it is further

**ORDERED** that any responsive pleadings to the Limited Sur Reply by parties-in-interest may be filed **on or before August 25, 2026**; and it is further

**ORDERED** that a hearing shall be held **Thursday, September 10, 2026 at 10:00 a.m.** in

the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 4, 2026