FILED (EDSS)
**September 8, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re: Chapter 7

LUXURY TIME GLOBAL, LLC, Case No. 5:25-bk-00912-MJC

Debtor.

## MOTION OF ERIC D. BARTELS FOR SHORT CONTINUANCE OF SEPTEMBER 10, 2026 HEARING

**Eric D. Bartels**, appearing pro se solely in his individual capacity, respectfully requests a brief continuance of the September 10, 2026 hearing and states:

1. The hearing is set for September 10, 2026 at 10:00 a.m. on the Trustee's amended application to employ special counsel and Bartels' related participation/leave matters, including matters set by Docket Nos. 160 and 176.
2. Bartels' prior filing stated that he was not then seeking postponement. That statement was accurate when made, and he intended to proceed on September 10.
3. Since approximately August 15, 2026, Bartels has been attempting to secure counsel for this limited hearing. Existing counsel has not committed to appear.
4. Bartels has now provided the complete hearing record to experienced bankruptcy counsel independently recommended by existing bankruptcy counsel and is awaiting that attorney's determination whether the representation can be undertaken.
5. A brief continuance would allow that counsel review to conclude and, if counsel accepts the matter, allow counsel to enter an appearance and prepare. Bartels seeks no discovery or additional merits briefing and does not seek delay for tactical purposes.
6. On September 8, 2026, Bartels sought concurrence from the Trustee and counsel participating in this contested matter. Justin J. Gendler, Esq. responded by email: "The Trustee objects to your request." Concurrence was therefore not obtained.
7. Bartels requests approximately twenty-one (21) days, or such shorter period or next available date as the Court deems appropriate. If the request is denied, Bartels remains prepared to appear and proceed on September 10.

**WHEREFORE,** Eric D. Bartels respectfully requests that the Court continue the September 10, 2026 hearing for approximately twenty-one (21) days, or to such shorter period or next available date as the Court deems appropriate.

Respectfully submitted,

**/s/ Eric D. Bartels**
Eric D. Bartels, Pro Se
6 Dickinson Close
Moosic, PA 18507
edb5020@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re: Chapter 7

LUXURY TIME GLOBAL, LLC, Case No. 5:25-bk-00912-MJC

Debtor.

**PROPOSED ORDER**

**AND NOW,** upon consideration of the Motion of Eric D. Bartels for Short Continuance of the September 10, 2026 Hearing, it is hereby

**ORDERED** that the hearing presently scheduled for September 10, 2026 at 10:00 a.m. is CONTINUED to a date and time to be scheduled by separate notice of the Court.

BY THE COURT:

____________________________________

MARK J. CONWAY
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I certify that on September 8, 2026, I served a true and correct copy of the foregoing Motion and Proposed Order by first-class United States mail, postage prepaid, with same-day courtesy copies by electronic mail, upon the following:

Jill E. Durkin, Esq.
Durkin Law, LLC
401 Marshbrook Road
Factoryville, PA 18419
Courtesy email: jilldurkinesq@gmail.com

Beverly Weiss Manne, Esq.
Tucker Arensberg, P.C.
One PPG Place, Suite 1500
Pittsburgh, PA 15222-5413
Courtesy email: bmanne@tuckerlaw.com

Kasey D. Bolton, Esq.
Tucker Arensberg, P.C.
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011-9927
Courtesy email: kbolton@tuckerlaw.com

Jeffrey Rusnack, Esq.
Tucker Arensberg, P.C.
One PPG Place, Suite 1500
Pittsburgh, PA 15222-5413
Courtesy email: jrusnack@tuckerlaw.com

Justin J. Gendler, Esq.
Gendler & Gendler, PLLC
P.O. Box 450135
Fort Lauderdale, FL 33345-0135
Courtesy email: jgendler@gendlerlawyers.com

**/s/ Eric D. Bartels**
**Eric D. Bartels, Pro Se**