**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Luxury Time Global, LLC,** | : | **Case No. 5:25-bk-00912-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| **Eric David Bartels,** | : |
| | : |
| **Movant.** | : |
| | : |
| **v.** | : |
| | : |
| **Luxury Time Global, LLC, Jill E. Durkin, Chapter 7 Trustee,** | : |
| | : |
| **Respondent.** | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

Upon consideration of the Motion for Short Continuance of September 10, 2026 hearing filed on September 8, 2026 ("Motion"), Doc. 178, it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 9, 2026