Official Form 417A (12/23)

FILED (EDSS)
**September 11, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

In re: Luxury Time Global, LLC - Case No. 5:25-bk-00912-MJC

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Eric David Bartels

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ____________

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☒ Other (describe) Individual objector / Rule 2018(a) movant

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   September 10, 2026 Proceeding Memo and Order (Doc. 180), including the announced separate implementing employment order
2. State the date on which the judgment—or the appealable order or decree—was entered:
   September 10, 2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: See attached Part 3 Continuation. Attorney: ____________
2. Party: ____________ Attorney: ____________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: September 11, 2026
9/11/26

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

~~Eric David Bartels, Pro Se Appellant~~
6 Dickinson Close
Moosic, PA 18507
(570) 479-7141

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

Chapter 7
Case No. 5:25-bk-00912-MJC

Notice of Appeal
Part 2 and Part 3 Continuation

In re:
**LUXURY TIME GLOBAL, LLC,**
Debtor.

## PART 2 CONTINUATION - SUBJECT OF THE APPEAL

Appellant Eric David Bartels appeals from the September 10, 2026 Proceeding Memo and Order entered as Bankruptcy Document 180, which states that Bartels' objection was overruled on the record and that the Trustee's Amended Application to Employ Special Counsel, Document 151, was granted. Document 180 further states that a separate order will be entered.

This Notice also applies to the separate implementing employment order announced in Document 180. To the extent that order is entered after this Notice is filed, the Notice is filed after announcement and before entry within Fed. R. Bankr. P. 8002(a)(2). This Notice independently appeals the September 10 disposition and does not rely on the prior notice concerning vacated Document 158.

## PART 3 CONTINUATION - OTHER PARTIES TO THE APPEAL

The following identifies the parties and counsel reflected in the appealed ruling, the retention record, and the September 10 appearance record.

**Jill E. Durkin, Chapter 7 Trustee**
Jill E. Durkin, Esquire
Durkin Law, LLC
401 Marshbrook Road
Factoryville, PA 18419
(570) 881-4158

**Luxury Time Global, LLC, Debtor**
6 Dickinson Close
Moosic, PA 18507

**C. Stephen Gurdin, Jr., Esquire, counsel for Debtor**
67-69 Public Square, Suite 501
Wilkes-Barre, PA 18701-2512
(570) 592-5701

**Tucker Arensberg, P.C., approved special counsel**
Beverly Weiss Manne, Esquire - (412) 594-5525
One PPG Place, Suite 1500, Pittsburgh, PA 15222-5413
Kasey D. Bolton, Esquire - (717) 234-4121
300 Corporate Center Drive, Suite 200, Camp Hill, PA 17011-9927

**Gendler & Gendler, PLLC, approved special counsel**
Justin J. Gendler, Esquire - (954) 728-4569
P.O. Box 450135
Fort Lauderdale, FL 33345-0135

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

Chapter 7
Case No. 5:25-bk-00912-MJC

Notice of Appeal
Part 3 Continuation

In re:
**LUXURY TIME GLOBAL, LLC,**
Debtor.

## PART 3 CONTINUATION - ADDITIONAL PARTIES AND COUNSEL

**ORAFI, Inc. d/b/a Timeless Jewelers, creditor and current client identified in retention record**
17616 Collins Avenue
North Miami Beach, FL 33160-2825
**Lisa M. Doran, Esquire, counsel for ORAFI, Inc.**
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
(570) 823-9111

**Peter Malak, creditor who appeared at the September 10 hearing**
6 Bredder Court, Unit B
Elmwood Park, NJ 07407
**David J. Harris, Esquire, counsel for Peter Malak**
67-69 Public Square, Suite 700
Wilkes-Barre, PA 18701
(570) 823-9400

**Office of the United States Trustee**
Joseph Schalk, Assistant United States Trustee (Detail)
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Box 302
Harrisburg, PA 17102
(717) 221-4515

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

Chapter 7
Case No. 5:25-bk-00912-MJC

Certificate of Use of Generative AI

In re:
**LUXURY TIME GLOBAL, LLC,**
Debtor.

## CERTIFICATE OF USE OF GENERATIVE AI

I, Eric David Bartels, certify as follows:

**1.** I used OpenAI ChatGPT, a generative artificial-intelligence tool, to assist with formatting and drafting Official Form 417A, the attached Part 2 and Part 3 Continuation, and this certificate.

**2.** The AI-assisted portions are the completed form fields, the continuation, and this certificate. I supplied or verified the case caption, procedural history, parties, attorney information, description and date of the appealed ruling, and my contact information.

**3.** I personally reviewed and checked the accuracy and record support of every AI-assisted factual or legal representation in this filing. The Notice and continuation contain no merits argument. I accept responsibility for the filing.

Dated: September 11, 2026

Signature: [signature]
**ERIC DAVID BARTELS, Pro Se Appellant**

6 Dickinson Close, Moosic, PA 18507 | 570-479-7141 | edb5020@gmail.com

| | |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT**<br>**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**<br>**(WILKES-BARRE)** | Chapter 7<br>Case No. 5:25-bk-00912-MJC |
| In re:<br>**LUXURY TIME GLOBAL, LLC,**<br>Debtor. | Notice of Appeal<br>Exhibit A |

## EXHIBIT A - BANKRUPTCY DOCUMENT 180

Document 180 is a text-only Proceeding Memo and Order entered on September 10, 2026. The image below is a reproduction of the official bankruptcy docket entry supplied by Appellant.

| | |
|---|---|
| 180 | **Proceeding Memo for hearing scheduled on: 09/10/2026**<br>**MATTER:** Amended Application to Employ Special Counsel # 151 filed by Trustee; Ltd. Objection of Eric Bartels # 153 ; Response to Objection by Trustee # 156 ; Ltd. Sur-Reply of E. Bartels # 163 Trustees Objection to Sur-Reply # 171<br>**APPEARANCES:** Kasey D. Bolton, Esq., Jill E. Durkin, Esq. (both in person appearance), Beverly W. Manne, Esq., Eric D. Bartels, Creditor, Peter Malak, Creditor, (all by remote appearance)<br>**DISPOSITION:** Hearing Held. Objection is Overruled as stated on the record. Amended Application to Employ Special Counsel is Granted. Order to be entered. The Motions for Leave filed at Doc. 173 and 174 are considered MOOT. IT IS SO ORDERED. /s/ Mark J. Conway. Record made.<br>(Ratchford, Patricia) (Entered: 09/10/2026) |

**DISPOSITION:** Hearing Held. Objection is OVERRULED as stated on the record. Amended Application to Employ Special Counsel is GRANTED. Order to be entered. The Motions for Leave filed at Doc. 173 and 174 are considered MOOT. IT IS SO ORDERED. /s/ Mark J. Conway. Record made.