**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIC D. BARTELLS,<br><br>Appellant<br><br>v.<br><br>JILL E. DURKIN, Trustee<br><br>Appellee. | Case No. 3:26-cv-02620-KM |

**ENTRY OF APPEARANCE**

TO: Clerk of Court

Kindly enter the appearances of Beverly Weiss Manne, Esquire and Kasey D. Bolton, Esquire, of Tucker Arensberg, P.C. on behalf of Appellee, Jill E. Durkin as Trustee.

Dated: October 13, 2026

**TUCKER ARENSBERG, P.C.**

*/s/ Beverly Weiss Manne*
Beverly Weiss Manne
PA. I.D. No 34545
One PPG Place, Suite 1500
Pittsburgh, PA 15222

Kasey D. Bolton, Esquire
PA I.D. No. 321169
300 Corporate Center Drive, Suite 200
Camphill, PA 17011

Phone: 412-566-1212
Email: bmanne@tuckerlaw.com
Email: kbolton@tuckerlaw.com

*Counsel for Jill E. Durkin as Trustee, Appellee*