IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| LUXURY TIME GLOBAL, LLC | : | CASE NO. 5:25-bk-00912-MJC |
| | : | |
| DEBTOR | : | |

**DECLARATION OF BANKRUPTCY AUDITOR NICOLE WATSON**

**IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION**

**FOR CONVERSION OR DISMISSAL**

I, NICOLE WATSON, hereby declare as follows:

1. I am over the age of eighteen years, and if called upon to testify I could and would do so competently. I am employed as a Bankruptcy Auditor by the Office of the United States Trustee for the Middle District of Pennsylvania. I am the Bankruptcy Auditor assigned to review in In re: Luxury Time Global, LLC, ("Debtor"), Case No. 5:25-bk-00912 MJC. I have personal knowledge of the facts set forth herein, and based on that personal knowledge, I assert that all facts are true and correct to the best of my knowledge.

2. On April 2, 2025, Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code.[1] In the course of my duties as the Bankruptcy Auditor assigned to this matter, on behalf of the U.S. Trustee, I have conducted a thorough review and analysis of the Debtor's bankruptcy petition, schedules and statements, as summarized hereinbelow:

3. According to the Debtor's petition, the Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). The Debtor elected to proceed under subchapter V of chapter 11.

4. In response to the Court's Notice of Incomplete and/or Deficient Filing dated April 3, 2025 [Doc No. 4], on April 14, 2025, Debtor filed an Application for Extension of Time for Filing of Schedules and Statements [Doc. No. 13], which the Court granted on April 22, 2025 [Doc.

[1] *See Case Docket for In re: Luxury Time Global, LLC, 5:25-bk-00912 MJC* ("Case Docket"), attached hereto as Exhibit 1 and incorporated by this reference as if set forth in full.

No. 21], extending the filing deadline to May 6, 2025. On May 2, 2025, Debtor timely filed its Schedules and Statements [Doc. No. 25].

5. Debtor's Schedule A/B identifies $2,501.00 of assets, comprised of vacant jewelry display cases valued at $2,500, and a $1.00 combined balance in its Wells Fargo business checking and savings accounts. Debtor also lists no secured debt in its Schedule D.

6. By contrast, Debtor's Schedule E/F identifies a total of $2,280,519.61, all of which is characterized as non-priority unsecured debt.

7. On May 6, 2025, Debtor's initial § 341(a) meeting of creditors ("341(a) Meeting") was commenced but not completed due to exigent circumstances involving the sudden unavailability of Debtor's proposed bankruptcy counsel ("Counsel Gurdin"). This necessitated the continuance of the 341(a) Meeting to May 13, 2025 when it was conducted and formally concluded.[2]

8. On both May 6, 2025 and May 13, 2025, Kenneth G. Lau, Trial Attorney for the U.S. Trustee and I attended the 341(a) Meeting and examined the Debtor, through its sole Managing Member Eric David Bartels ("Mr. Bartels"), at length. In conjunction with the Initial Debtor Interview on April 14, 2025 as well as the 341(a) Meeting, I requested that Debtor through counsel provide all of the following documents for my review and analysis:

- Copies of the latest 941 payroll tax returns filed;
- A complete copy of each debtor's latest filed Federal tax or information return (Form 1120 – U.S. Corporation Income Tax Return and related schedules, or Form 1065 – U.S. Return of Partnership Income and related schedules);
- Most recently prepared (i) unaudited financial statements (monthly) and (ii) audited financial statements, with disclosures;
- A written indication of whether the debtor utilizes a calendar or fiscal period reporting schedule;

[2] *See Case Docket*. Transcripts of the May 6, 2025 and May 13, 2025 sessions of Debtor's 341(a) Meeting can be made available for review if necessary.

- A list of each software system used to maintain financial records;
- A chart of accounts from each software system used to maintain financial records;
- Corporate organization chart of all debtor and any non-debtor entities;
- If applicable, all intercompany transactions between debtor and non-debtor affiliates (if any), for 30 days prior to the petition date;
- A copy of Debtor's (i) trial balance, as of the month end prior to filing, and (ii) unadjusted general ledger for thirty days prior to filing;
- Copies of most recent bank statements with un-redacted account numbers for all accounts open as of the filing date and a listing of those bank accounts (in Excel or Word) also including full account numbers;
- Copies of certificates of insurance which must name the U.S. Trustee as a party to be notified (i.e., a "notice party", not a named insured) in the event of a policy cancellation or other change (certificates must be provided no later than 15 days after the filing date.);
- Debtor's Cash Flow Forecast or Budget (e.g., 13-week); and
- Evidence of debtor-in-possession bank accounts (e.g., letter from bank indicating the designation);
- Mr. Bartels' Wells Fargo Premier Checking account, ending in x9620, for the period January 1, 2024 to the present;
- Debtor's Wells Fargo Business Platinum Savings account, ending in x8605, for the period January 1, 2024 to the present;
- Mr. Bartels' Wells Fargo Platinum Savings account, ending in x5435, for the period January 1, 2024 to the present;
- Mr. Bartels' Wells Fargo Premier Checking account, ending in x 2425, for the period January 1, 2024 to the present;
- Mr. Bartels' Wells Fargo Way2Save Savings account, ending in x0091, for the period January 1, 2024 to the present;
- Mr. Bartels' Cash App for the period January 1, 2024 to the present;

- A copy of the underlying vehicle sales contract or vehicle lease for a BMW X6 midsize coupe SUV associated with Debtor's recurring monthly payment to "BMW USA" including its reported surrender by Mr. Bartels in or about April or May 2025; and
- Debtor's income tax returns for 2024, when available.

As previously described in the U.S. Trustee's underlying Motion to Convert or Dismiss this case under 11 U.S.C. § 1112(b), to date, Debtor has been able to produce, through Counsel Gurdin, some but not all of the requested business and banking records requested by the U.S. Trustee.

9. Based upon Debtor's partial document production to date, during the interim period, in conjunction with the U.S. Trustee's detailed examinations of the Debtor, I have compiled and analyzed Debtor's bank statements and related documents for the pre-petition period of January 2024 to March 2025 for the following bank accounts:

(1) Debtor's Wells Fargo checking and savings accounts (ending 9319, 4740, 4757 and 8605); and

(2) Mr. Bartels' personal Wells Fargo Platinum and Way2Save savings accounts (ending 5435 and 0091).

10. My analysis of Debtor's subject bank statements reveals that in each and every month from January 2024 to March 2025, Mr. Bartels engaged in numerous and repeated online gambling transactions, betting amounts varying from several hundred dollars to tens of thousands of dollars in wagers from Debtor's business checking account at Windcreek-PA online casino, BetRivers, Sugar House online casino, Fanatics Sportsbook, Bet365, Pointsbet PA, Caesars Sportsbook, Fanduel, Mohegan Sun casino, Parx Casino- Bensalem, and Jackpot City online casino. A true and correct copy of my detailed compilation and analysis in support of the above summary demonstrating Mr. Bartels' persistent and repeated use of the Debtor's bank accounts to fund his gambling transactions ("Gambling Transactions Summary") is attached hereto as Exhibit 2 and is incorporated herein by this reference as if set forth in full.

11. As demonstrated by the Exhibit 2 Gambling Transactions Summary, when coupled with the deposits apparently stemming from his winning wagers during this 15-month time period, Mr. Bartels' personal gambling activities **funded by the Debtor,** including numerous in-person

ATM withdrawals at Mohegan Pennsylvania Casino and Resort, Wind Creek Bethlehem Casino and Resort and Mount Airy Casino and Resort, resulted **in a net loss for each of those 15 months**, with a combined net loss of no less than **$(4,667,586.85)**.

12. Moreover, during this same 15-month time frame, Mr. Bartels repeatedly transferred substantial amounts between Debtor's business bank accounts (ending in 9319, 8605, 4740 and 4757) and Mr. Bartels' various personal checking (ending in 9620 and 2425) and savings accounts (ending in 5435, 0091 and 4072), as well as to himself via Zelle or his CashApp. When asked to explain during the 341(a) Meeting, Mr. Bartels testified that he did this to "protect deposits" made by Debtor's customers from being subject to the ACH transfers of the Merchant cash advance lenders[3] out of Debtor's checking account, and to earn interest upon said funds before they were used to purchase the customers' watch orders.

13. I have compiled and analyzed Debtor's bank statements and related documents for the pre-petition period of January 2024 to March 2025 to produce the U.S. Trustee's "Transfers to/from Bartels' Personal Accounts," attached hereto as Exhibit 3 and incorporated by this reference as if set forth in full. As summarized in the attached Exhibit 3 table, a substantial churn of funds transferred between the Debtor's business checking and savings accounts and Mr. Bartels' personal checking and savings accounts during this 15-month time period, ultimately resulting in a total of $11,082,584.72 being transferred to the Debtor from Mr. Bartels' personal accounts, while at least[4] $9,981,168.51 was withdrawn from the Debtor to Mr. Bartels' personal accounts between January 1, 2024 to March 31, 2025, 2 days before case commencement.

---

[3]Debtor's Schedules list non-priority unsecured obligations totaling $411,480.00 owed to eleven (11) separate "Merchant cash advance" ("MCA") lenders, all obtained between September 2024 and March 2025.

[4]Several accounts were not produced, such as Mr. Bartels' Wells Fargo personal checking accounts ending in 9620 and 2425 or Mr. Bartels' Wells Fargo personal savings account ending in 4072, or an apparent Bank of America account, all of which are referenced in transfers in Debtor's business checking and savings accounts. In addition, Mr. Bartels' personal saving account ending in 0091, had documents produced only through October 2024 when that account was closed.

14. Moreover, as demonstrated in the Exhibit 3 "Transfers to/from Bartels' Personal Accounts," as Debtor's cashflows apparently worsened,[5] for the 9-month period beginning in July 2024 and ending in March 2025, the net balance total of **$649,896.19** was siphoned from the Debtor's business checking and savings accounts into Mr. Bartels' various personal checking and savings accounts.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on July 8, 2025, in Harrisburg, Pennsylvania.

NICOLE WATSON Digitally signed by NICOLE WATSON Date: 2025.07.08 11:36:35 -04'00'

NICOLE WATSON

[5]During the 341(a) Meeting, Mr. Bartels, on behalf of the Debtor, testified that one of the primary reasons behind Debtor's decision to borrow several hundred thousand dollars from the MCA lenders was to obtain sufficient cash to pay for the Debtor's continuing operations during a period of decreased cashflow and liquidation of the Debtor's existing inventory.

PlnDue, CREDS, SubV, SmBus, MotDism, 2002

# U.S. Bankruptcy Court
# Middle District of Pennsylvania (Wilkes-Barre)
# Bankruptcy Petition #: 5:25-bk-00912-MJC

*Date filed:* 04/02/2025
*341 meeting:* 05/13/2025
*Deadline for filing claims:* 07/21/2025
*Deadline for filing claims (govt.):* 09/29/2025

*Assigned to:* Honorable Mark J Conway
Chapter 11
Voluntary
Asset

***Debtor 1***
**Luxury Time Global, LLC**
6 Dickinson Close
Moosic, PA 18507
LACKAWANNA-PA
Tax ID / EIN: 87-3175429
***dba* Luxury Time Global**

represented by **C. Stephen Gurdin, Jr**
67-69 Public Square, Suite 501
Wilkes-Barre, PA 18701-2512
570 826-0481
Fax : 570 822-7780
Email: Stephen@gurdinlaw.com

***Trustee***
**Jill E. Durkin**
Durkin Law, LLC
(Trustee)
401 Marshbrook Road
Factoryville, PA 18419
570-881-4158

***Asst. U.S. Trustee***
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221-4515

represented by **Kenneth G Lau**
DOJ-Ust
125 Ottawa Avenue NW
Suite 200r
Grand Rapids, MI 49503
616-456-2485
Fax : 616-456-2550
Email: kenneth.g.lau@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/02/2025 | 1 (9 pgs; 2 docs) | Chapter 11 Voluntary Petition for a Non-Individual Small Business, SubChapter V . Filing fee due in the amount of $1738.00. Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC. (Gurdin, C.) (Entered: 04/02/2025) |
| 04/02/2025 | 2 | Creditor List Uploaded. (There is no image or paper document associated with this entry.) Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). (Gurdin, C.) (Entered: 04/02/2025) |
| 04/02/2025 | | Receipt of Voluntary Petition (Chapter 11)( 5:25-bk-00912) [misc,volp11a] (1738.00) filing fee. Receipt number A11421386, amount $ 1738.00. (RE: |

| | | |
|---|---|---|
| | | related document(s)1). (U.S. Treasury) (Entered: 04/02/2025) |
| 04/03/2025 | 3<br>(1 pg) | Entry of Appearance of Kenneth G. Lau Filed by Kenneth G Lau of DOJ-Ust on behalf of United States Trustee. (Lau, Kenneth) (Entered: 04/03/2025) |
| 04/03/2025 | 4<br>(2 pgs; 2 docs) | Notice of Incomplete and/or Deficient Filing. Request submitted to BNC for mailing. (RE: related document(s)1). (McHugh, Michael) (Entered: 04/03/2025) |
| 04/03/2025 | 5<br>(2 pgs; 2 docs) | The US Trustee appoints Jill E. Durkin to serve as trustee in this Chapter 11 Small business Subchapter V case. Notice of Electronic filing herein represents the official trustee appointment by the US Trustee. Filed by U.S. Trustee. (Attachments: # 1 Exhibit Verified Statement of Subchapter V Trustee Durkin)(Sellars, D) (Entered: 04/03/2025) |
| 04/03/2025 | 6<br>(8 pgs; 4 docs) | Application to Employ C. STEPHEN GURDIN JR as Attorney. Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). (Attachments: # 1 Affidavit of Disinterestedness # 2 Proposed Order # 3 Certificate of Service) (Gurdin, C.) (Entered: 04/03/2025) |
| 04/03/2025 | 7<br>(48 pgs; 4 docs) | Affidavit *as to cash flow and financials* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). (Attachments: # 1 Exhibit 2023 tax return # 2 Exhibit profit and loss # 3 Certificate of Service) (Gurdin, C.) (Entered: 04/03/2025) |
| 04/04/2025 | 8<br>(4 pgs; 4 docs) | Subchapter V Scheduling Order and Notice . (RE: related document(s)1). Status hearing to be held on 6/5/2025 at 10:00 AM - Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 04/04/2025) |
| 04/05/2025 | 9<br>(9 pgs) | BNC Certificate of Notice (Ch 11 document sent to the Securities and Exchange Commission) (RE: related document(s)1). Notice Date 04/05/2025. (Admin.) (Entered: 04/06/2025) |
| 04/06/2025 | 10<br>(3 pgs) | BNC Certificate of Notice (Order setting status hearing) (RE: related document(s)8). Notice Date 04/06/2025. (Admin.) (Entered: 04/07/2025) |
| 04/12/2025 | 11<br>(4 pgs; 2 docs) | Motion to set claims bar date Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1, 5, 8). (Attachments: # 1 Proposed Order) (Gurdin, C.) (Entered: 04/12/2025) |
| 04/12/2025 | 12<br>(7 pgs; 4 docs) | Amended Application to Employ C. STEPHEN GURDIN, JR. as Attorney. Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)6). (Attachments: # 1 Affidavit of Disinterestedness # 2 Proposed Order # 3 Certificate of Service) (Gurdin, C.) (Entered: 04/12/2025) |
| 04/14/2025 | 13<br>(4 pgs; 2 docs) | First Motion to Extend Time to file Schedules, Statements and other Documents Required by FRBP 1007(b). Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). (Attachments: # 1 Proposed Order) (Gurdin, C.) (Entered: 04/14/2025) |
| 04/15/2025 | 14 | A proper certificate of service was not filed with docket entry #11. See L.B.R. 9013-3. Failure to file a proper certificate of service on or before |

| | | |
|---|---|---|
| | | April 17, 2025 may result in the denial of the Motion to Set Claims Bar Date, without prejudice, and without further notice. IT IS SO ORDERED on 4/15/2025. /s/Mark J. Conway (There is no image or paper document associated with this entry.) (RE: related document(s)11). (McHugh, Michael) (Entered: 04/15/2025) |
| 04/16/2025 | 15 | Clerk to provide notice of meeting of creditors to all parties in interest. (There is no image or paper document associated with this entry.) Filed by U.S. Trustee. 341(a) meeting to be held 5/6/2025 at 11:00 AM - for Ch 11 only. The 341 meeting will be conducted by telephone. Refer to the call-in instructions. (Schalk, Joseph) (Entered: 04/16/2025) |
| 04/16/2025 | 16 (5 pgs; 4 docs) | Notice of Meeting of Creditors. Request submitted to BNC for mailing 341(a) meeting to be held 5/6/2025 at 11:00 AM - for Ch 11 only. The 341 meeting will be conducted by telephone. Refer to the call-in instructions. Last day to oppose dischargeability is 7/5/2025. (McHugh, Michael) (Entered: 04/16/2025) |
| 04/16/2025 | 17 (8 pgs; 4 docs) | Certificate of Service *of Motion to Set Claims Bar Dates;* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)11). (Attachments: # 1 Motion # 2 Form 410 Proof of Claim Form # 3 Proposed Order) (Gurdin, C.) (Entered: 04/16/2025) |
| 04/18/2025 | 18 (4 pgs) | BNC Certificate of Notice (341 Meeting Notice (Chapter 11)) (RE: related document(s)16). Notice Date 04/18/2025. (Admin.) (Entered: 04/19/2025) |
| 04/18/2025 | 19 (3 pgs) | BNC Certificate of Notice (Notice) (RE: related document(s)16). Notice Date 04/18/2025. (Admin.) (Entered: 04/19/2025) |
| 04/21/2025 | 20 (5 pgs; 4 docs) | Order Granting Motion to set claims bar date. Instructions for service (C. Stephen Gurdin) are attached. (RE: related document(s)11). Proofs of Claims due by 7/21/2025. Government Proof of Claims Due by 9/29/2025. Clerks Office Follow-Up Due by 5/1/2025. (Eshelman, Ryan) (Entered: 04/21/2025) |
| 04/22/2025 | 21 (2 pgs; 2 docs) | Order Granting Motion to Extend Time to file Schedules, Statements and other Documents Required by FRBP 1007(b). (RE: related document(s) 13). Incomplete Filings due by 5/6/2025. (McHugh, Michael) (Entered: 04/22/2025) |
| 04/24/2025 | 22 (9 pgs; 4 docs) | Certificate of Service *of Order Granting Motion to Set Claims Bar Dates;* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)11, 20). (Attachments: # 1 Order Granting Motion to Set Claims Bar Dates # 2 Proof of Claim Form # 3 Mailing List) (Gurdin, C.) (Entered: 04/24/2025) |
| 04/29/2025 | 23 (2 pgs; 2 docs) | Notice setting hearing. Request submitted to BNC for mailing. (RE: related document(s)12). Hearing scheduled for 6/5/2025 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 04/29/2025) |

| | | |
|---|---|---|
| 04/30/2025 | 24<br>(9 pgs; 2 docs) | Adversary case 5:25-ap-00023. Complaint Filed by C. Stephen Gurdin Jr on behalf of LUXURY TIME GLOBAL LLC, FUNDERS GROUP LLC against FUNDERS GROUP LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 07/29/2025. (Attachments: # 1 Exhibit) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 04/30/2025) |
| 05/02/2025 | 25<br>(31 pgs; 2 docs) | *Declaration Under Penalty of Perjury for Non-Individual Debtors;* Schedule A-B; Schedule D; Schedule E-F; Schedule G; Schedule H; Summary of Assets and Liabilities;, Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Disclosure of Compensation of Attorney for Debtor , Verification of *CREDITOR MATRIX; LIST OF EQUITY SECURITY HOLDERS* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). (Gurdin, C.)Modified on 5/5/2025 (MPM). (Entered: 05/02/2025) |
| 05/06/2025 | 26 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341 (a) Meeting Continued. (There is no image or paper document associated with this entry.) Filed by U.S. Trustee. 341(a) meeting to be held 5/13/2025 at 09:00 AM - for Ch 11 only. The 341 meeting will be conducted by telephone. Refer to the call-in instructions. (Lau, Kenneth) (Entered: 05/06/2025) |
| 05/06/2025 | 27<br>(9 pgs; 2 docs) | Adversary case 5:25-ap-00024. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against I Got Funded LLC I Got Funded LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 08/4/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 05/06/2025) |
| 05/08/2025 | 28<br>(32 pgs) | BNC Certificate of Notice (Ch 11 document sent to the Securities and Exchange Commission) (RE: related document(s)25). Notice Date 05/08/2025. (Admin.) (Entered: 05/09/2025) |
| 05/09/2025 | 29<br>(11 pgs) | Objection to *Debtor's Application to Employ C. Stephen Gurdin, Jr., Esquire as General Bankruptcy Counsel;* Filed by U.S. Trustee (RE: related document(s)6, 12). (Lau, Kenneth) (Entered: 05/09/2025) |
| 05/09/2025 | 30<br>(2 pgs; 2 docs) | Notice setting hearing. Request submitted to BNC for mailing. (RE: related document(s)6, 12). Hearing scheduled for 6/5/2025 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 05/09/2025) |
| 05/09/2025 | 31<br>(3 pgs) | Objection to *Debtor's Amended Application to Employ General Counsel.* Filed by John J Martin of Law Offices John J. Martin on behalf of Michael Afonso (RE: related document(s)6, 12). (Martin, John) (Entered: 05/09/2025) |
| 05/12/2025 | 32<br>(2 pgs; 2 docs) | Amended Notice setting hearing. Request submitted to BNC for mailing. (RE: related document(s)6, 12, 23, 29, 30, 31). Hearing scheduled for 6/5/2025 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 05/12/2025) |
| 05/14/2025 | 33<br>(2 pgs) | Request for Notice under 2002 Filed by Lisa M. Doran of Doran & Doran, P.C. on behalf of Orafi, Inc.. (Doran, Lisa) (Entered: 05/14/2025) |

| | | |
|---|---|---|
| 05/14/2025 | 34<br>(9 pgs; 2 docs) | Adversary case 5:25-ap-00026. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against Empire Recovery Soutions LLC, Sinclair Funding Group. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 08/12/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 05/14/2025) |
| 05/17/2025 | 35<br>(15 pgs; 6 docs) | Application to Employ Brian T. Kelly as Accountant. Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC. (Attachments: # 1 Affidavit of Disinterestedness # 2 Retention Agrement # 3 Proposed Order # 4 Certificate of Service # 5 Mailing List) (Gurdin, C.) (Entered: 05/17/2025) |
| 05/17/2025 | 36<br>(4 pgs) | Exhibit (fully executed retention). Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)35). (Gurdin, C.) (Entered: 05/17/2025) |
| 05/18/2025 | 37<br>(9 pgs; 2 docs) | Adversary case 5:25-ap-00028. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against THORO CORP THORO CORP. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 08/16/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 05/18/2025) |
| 05/20/2025 | 38 | Certification that 341 Meeting of Creditors Held. (There is no image or paper document associated with this entry.) Filed by U.S. Trustee. (Lau, Kenneth) (Entered: 05/20/2025) |
| 05/20/2025 | 39<br>(1 pg) | Request for Notice under 2002 & Filed by COMMONWEALTH OF PA - UCTS. (Mitten, Linda) (Entered: 05/20/2025) |
| 05/21/2025 | 40<br>(8 pgs; 2 docs) | Debtor-In-Possession Monthly Operating Report for Filing Period APRIL 2025 Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC. (Attachments: # 1 Exhibit DIP account statement for April 2025) (Gurdin, C.) (Entered: 05/21/2025) |
| 05/22/2025 | 41<br>(3 pgs) | Status Report Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). (Gurdin, C.) (Entered: 05/22/2025) |
| 05/27/2025 | 42<br>(22 pgs; 3 docs) | Motion to Convert Ch. 11 Case to Ch. 7, or in the alternative, Dismiss Ch. 11 Case *by the United States Trustee;*. Filing Fee due in the amount of $15.00. Filed by Kenneth G Lau of DOJ-Ust on behalf of United States Trustee (RE: related document(s)1). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Lau, Kenneth) (Entered: 05/27/2025) |
| 05/28/2025 | 43 | Filing fee not required. (There is no image or paper document associated with this entry.) (RE: related document(s)42). (McHugh, Michael) (Entered: 05/28/2025) |
| 05/28/2025 | 44<br>(2 pgs; 2 docs) | Notice setting objection date and hearing. Request submitted to BNC for mailing. (RE: related document(s)42). Objections due by 6/18/2025. Hearing scheduled for 6/24/2025 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 05/28/2025) |

| | | |
|---|---|---|
| 05/30/2025 | 45<br>(3 pgs) | BNC Certificate of Notice (Notice of Hearing) (RE: related document(s)44). Notice Date 05/30/2025. (Admin.) (Entered: 05/31/2025) |
| 05/31/2025 | 46<br>(15 pgs; 6 docs) | Amended Application to Employ Brian T. Kelly as Accountant. Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)35). (Attachments: # 1 Affidavit of Disinterestedness # 2 Engagement Letter # 3 Proposed Order # 4 Certificate of Service # 5 Mailing List) (Gurdin, C.) (Entered: 05/31/2025) |
| 06/02/2025 | 47<br>(9 pgs; 3 docs) | Motion to Continue Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1, 8, 12, 23, 29, 30, 31, 32). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Gurdin, C.) (Entered: 06/02/2025) |
| 06/03/2025 | 48<br>(2 pgs; 2 docs) | Order Granting Motion To Continue (RE: related document(s)12, 47). Hearing scheduled for 6/24/2025 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 06/03/2025) |
| 06/03/2025 | 49 | **Proceeding Memo for hearing scheduled on: 06/05/2025**<br>**MATTER:** Amended Application to Employ C. STEPHEN GURDIN, JR. as Attorney # 12 ; Objection filed by U.S Trustee # 29 Objection filed by Michael Afonso # 31<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Hearing of 06/05/2025 on the Amended Application to Employ C. STEPHEN GURDIN, JR. as Attorney canceled; not held. A Motion to Continue the hearing was filed to docket entry # 47 . Order Granting the continuance has been entered. /s/ Mark J. Conway.<br>**HEARING Scheduled for 06/24/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Price, Lyndsey) (Entered: 06/03/2025) |
| 06/03/2025 | 50<br>(10 pgs; 2 docs) | Adversary case 5:25-ap-00034. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against FAMILY FUNDING GROUP FAMILY FUNDING GROUP LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 09/1/2025. (Attachments: # 1 Exhibit Exhibit 1) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 06/03/2025) |
| 06/04/2025 | 51<br>(2 pgs; 2 docs) | Notice of Motion to Dismiss Ch. 11 Case pursuant to 11 U.S.C. 1112(b) and Certificate of Service. Notice served on 6/4/2025. Filed by Kenneth G Lau of DOJ-Ust on behalf of United States Trustee (RE: related document(s)42, 44). Objections due by 6/18/2025. (Attachments: # 1 Certificate of Service) (Lau, Kenneth) (Entered: 06/04/2025) |
| 06/04/2025 | 52 | **Proceeding Memo for hearing scheduled on: 06/05/2025**<br>**MATTER:** Scheduling Hearing # 8<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Hearing of 06/05/2025 on the Scheduling Conference canceled; not held. A Motion to Continue the hearing was filed to docket entry # 47. Order Granting the continuance has been entered. /s/ Mark J. Conway<br>**HEARING Scheduled for 06/24/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Price, Lyndsey) (Entered: 06/04/2025) |

| | | |
|---|---|---|
| 06/04/2025 | 53<br>(9 pgs; 2 docs) | Adversary case 5:25-ap-00036. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against KASH ADVANCE LLC KASH ADVANCE LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 09/2/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 06/04/2025) |
| 06/05/2025 | 54<br>(9 pgs; 2 docs) | Adversary case 5:25-ap-00037. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against LIFE LONG TRUSTED SE LIFE LONG TRUSTED SERVICES LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 09/3/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 06/05/2025) |
| 06/13/2025 | 55<br>(5 pgs; 2 docs) | Request / Motion to continue hearing with concurrence *re Section 1112(b) Motion to Convert or Dismiss Case, Amended Employment Application for Debtor's Counsel Gurdin and the Court's Status hearing, as well as related Objection filing deadline;* Filed by U.S. Trustee (RE: related document(s)12, 42). (Attachments: # 1 Proposed Order)(Lau, Kenneth)Modified on 6/16/2025 (PAR). (Entered: 06/13/2025) |
| 06/15/2025 | 56<br>(4 pgs; 3 docs) | Certificate of no objection *to Amended Application to Employ Accountant* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)46). (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Gurdin, C.) (Entered: 06/15/2025) |
| 06/16/2025 | 57 | **Proceeding Memo for hearing scheduled on: 06/24/2025**<br>**MATTER:** Subchapter V Status Hearing # 8<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Hearing of 06/24/2025 canceled; not held. Request to Continue Matter with Consent filed; hearing continued.<br>**HEARING Scheduled for 07/17/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Ratchford, Patricia) (Entered: 06/16/2025) |
| 06/16/2025 | 58 | **Proceeding Memo for hearing scheduled on: 06/24/2025**<br>**MATTER:** Amended Application to Employ C. STEPHEN GURDIN, JR. as Attorney # 12 ; Objection filed by U.S Trustee # 29 Objection filed by Michael Afonso # 31<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Hearing of 06/24/2025 canceled; not held. Request to Continue Matter with Consent filed; hearing continued.<br>**HEARING Scheduled for 07/17/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Ratchford, Patricia) (Entered: 06/16/2025) |

| | | |
|---|---|---|
| 06/16/2025 | 59 | **Proceeding Memo for hearing scheduled on: 06/24/2025** **MATTER:** Motion to Convert Ch. 11 Case to Ch. 7, or in the alternative, Dismiss Ch. 11 Case# 42 filed by the US Trustee;(Objection deadline is 06/18/2025) **APPEARANCES:** N/A **DISPOSITION:** Hearing of 06/24/2025 canceled; not held. Request to Continue Matter with Consent filed; hearing continued. **HEARING Scheduled for 07/17/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.** (Ratchford, Patricia) (Entered: 06/16/2025) |
| 06/16/2025 | 60 (13 pgs; 5 docs) | Motion to Extend Time to file a plan with nonconcurrence. Notice served on 6/16/2025. Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)1). Objections due by 06/30/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Notice # 4 Exhibit MATRIX) (Gurdin, C.) (Entered: 06/16/2025) |
| 06/18/2025 | 64 (2 pgs; 2 docs) | Order Granting Amended Application to Employ Brian T Kelly, CPA as Accountant (RE: related document(s)46). (McHugh, Michael) (Entered: 06/20/2025) |
| 06/19/2025 | 61 (13 pgs; 4 docs) | Motion To Shorten Time *as to Debtor Motion to Extend Plan 90 day Period* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)60). (Attachments: # 1 Exhibit Motion to extend 90 day period # 2 Certificate of Service # 3 Proposed Order) (Gurdin, C.) (Entered: 06/19/2025) |
| 06/19/2025 | 62 (9 pgs; 2 docs) | Adversary case 5:25-ap-00046. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against NFG ADVANCE LLC NFG ADVANCE LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 09/17/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments Amended) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 06/19/2025) |
| 06/20/2025 | 63 (9 pgs; 2 docs) | Adversary case 5:25-ap-00047. Complaint Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global LLC against PETER MALAK. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 09/18/2025. (Attachments: # 1 Exhibit Exhibit 1 Preferential Payments Amended) 12 (Recovery of money/property - 547 preference) (Gurdin, C.) (Entered: 06/20/2025) |
| 06/20/2025 | 65 (2 pgs; 2 docs) | Order Granting Motion to Extend Time Ninety (90) Day Period to File Chapter 11 Plan. (RE: related document(s) 60). Chapter 11 Plan due by 7/25/2025. *Motion for Shortened notice filed at 61 is deemed moot.* (McHugh, Michael)Modified on 6/23/2025 (MPM). (Entered: 06/23/2025) |
| 06/23/2025 | 66 | The Clerk's Office has stopped the paper service of the document at docket entry # 65. Service was incorrect. (There is no image or paper document associated with this entry.) (RE: related document(s)65). (Boyle, Cindy) (Entered: 06/23/2025) |
| 06/23/2025 | 67 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period MAY 2005 Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC. (Gurdin, C.) (Entered: 06/23/2025) |

| | | |
|---|---|---|
| 06/23/2025 | 68 (4 pgs) | Debtor-In-Possession Monthly Operating Report for Filing Period APRIL 2025 *AMENDED* Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC. (Gurdin, C.) (Entered: 06/23/2025) |
| 06/24/2025 | 69 (8 pgs) | Exhibit (DIP ACCOUNT MAY). Filed by C. Stephen Gurdin Jr on behalf of Luxury Time Global, LLC (RE: related document(s)67). (Gurdin, C.) (Entered: 06/24/2025) |
| 07/03/2025 | 70 (35 pgs; 2 docs) | Adversary case 5:25-ap-00051. Complaint Filed by David J. Harris on behalf of PETER MALAK against Luxury Time Global, LLC. Filing Fee due in the amount of $ 350.00. Certificate of Service of the Complaint and Summons is due by: 10/1/2025. (Attachments: # 1 Exhibit Exhibit "A") 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) (Harris, David) (Entered: 07/03/2025) |
| 07/07/2025 | 71 (3 pgs) | Entry of Appearance of Christian P. LaBletta Filed by Christian P. LaBletta of LaBletta & Walters LLC on behalf of Omar Baker. (LaBletta, Christian) (Entered: 07/07/2025) |
| 07/07/2025 | 72 (2 pgs) | Entry of Appearance of David J. Harris Filed by David J. Harris on behalf of PETER MALAK. (Harris, David) (Entered: 07/07/2025) |

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/08/2025 11:01:56 | | | |
| **PACER Login:** | [redacted] | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-bk-00912-MJC Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

**Luxury Time Global**
**Gambling Transactions Summary**

| Month & Year | Bank | Account | Account No. | No. Transactions | Deposits | Withdrawals | | Net Withdrawal |
|---|---|---|---|---|---|---|---|---|
| January 2024 | Wells Fargo | Debtor Business Checking | x9319 | 16 | $ 43,662.00 | | | |
| January 2024 | Wells Fargo | Debtor Business Checking | x9319 | 76 | | $ 366,753.83 | [1] | $ (323,091.83) |
| February 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| February 2024 | Wells Fargo | Debtor Business Checking | x9319 | 75 | | $ 386,341.82 | [2] | $ (386,341.82) |
| March 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| March 2024 | Wells Fargo | Debtor Business Checking | x9319 | 30 | | $ 345,910.00 | | $ (345,910.00) |
| April 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| April 2024 | Wells Fargo | Debtor Business Checking | x9319 | 28 | | $ 304,847.88 | [3] | $ (304,847.88) |
| May 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| May 2024 | Wells Fargo | Debtor Business Checking | x9319 | 112 | | $ 528,397.94 | [4] | $ (528,397.94) |
| June 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| June 2024 | Wells Fargo | Debtor Business Checking | x9319 | 104 | | 489,838.99 | [5] | $ (489,838.99) |
| July 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| July 2024 | Wells Fargo | Debtor Business Checking | x9319 | 49 | | $ 436,195.00 | | $ (436,195.00) |
| August 2024 | Wells Fargo | Debtor Business Checking | x9319 | 4 | $ 17,700.00 | | | |
| August 2024 | Wells Fargo | Debtor Business Checking | x9319 | 65 | | $ 394,900.00 | | $ (377,200.00) |
| September 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| September 2024 | Wells Fargo | Debtor Business Checking | x9319 | 53 | | $ 471,400.00 | | $ (471,400.00) |
| October 2024 | Wells Fargo | Debtor Business Checking | x9319 | 0 | $ - | | | |
| October 2024 | Wells Fargo | Debtor Business Checking | x9319 | 44 | | $ 450,700.00 | | |
| October 2024 | Wells Fargo | Debtor Business Checking | x4740 | 0 | $ - | | | |
| October 2024 | Wells Fargo | Debtor Business Checking | x4740 | 2 | | $ 18,500.00 | [6] | $ (469,200.00) |
| November 2024 | Wells Fargo | Debtor Business Checking | x4740 | 43 | $ 93,676.00 | | | |
| November 2024 | Wells Fargo | Debtor Business Checking | x4740 | 20 | | $ 212,900.00 | | $ (119,224.00) |
| December 2024 | Wells Fargo | Debtor Business Checking | x4740 | 36 | $ 162,836.61 | | | |
| December 2024 | Wells Fargo | Debtor Business Checking | x4740 | 24 | | $ 239,300.00 | | $ (76,463.39) |
| January 2025 | Wells Fargo | Debtor Business Checking | x4740 | 4 | $ 23,447.00 | | | |
| January 2025 | Wells Fargo | Debtor Business Checking | x4740 | 5 | | $ 52,200.00 | | $ (28,753.00) |
| February 2025 | Wells Fargo | Debtor Business Checking | x4740 | 0 | $ - | | | |
| February 2025 | Wells Fargo | Debtor Business Checking | x4740 | 27 | | $ 223,200.00 | | |
| February 2025 | Wells Fargo | Debtor Business Savings | x4757 | 1 | $ 5,010.00 | | | |
| February 2025 | Wells Fargo | Debtor Business Savings | x4757 | 0 | | $ - | | $ (218,190.00) |
| March 2025 | Wells Fargo | Debtor Business Checking | x4740 | 2 | $ 4,692.00 | | | |
| March 2025 | Wells Fargo | Debtor Business Checking | x4740 | 13 | | $ 97,225.00 | | $ (92,533.00) |

**Net withdrawals** **$ (4,667,586.85)**

**Notes**

[1] These include 2 ATM withdrawasl of $2,007.99 each at Mohegan Pennsylvania Casino and Resort, 1 ATM withdrawal of $2,006.00 at Wind Creek Bethlehem Casino and Resort, and 3 ATM withdrawals of $2,005.95 each at Mount Airy Casino Resort.

[2] These include 3 ATM withdrawals of $2,007.99 each at Moghegan Pennsylvania Casino and Resort and 3 ATM withdrawals of $2,005.95 each at Mount Airy Casino Resort.

[3] These include 2 ATM withdrawals of $2,007.99 each at Moghegan Pennsylvania Casino and Resort and 2 ATM withdrawals of $2,005.95 each at Mount Airy Casino Resort.

[4] These include 6 ATM withdrawals of $2,007.99 each at Moghegan Pennsylvania Casino and Resort.

[5] These include 1 ATM withdrawal of $2,007.99 each at Moghegan Pennsylvania Casino and Resort and 1 ATM withdrawal of $2,006.00 at Wind Creek Bethlehem Casino and Resort

[6] While Mr. Bartels testified that the Debtor had closed its Wells Fargo Business Checking account ending in 9319 as of September 30, 2024, as part of the May 29, 2025 partial additional documentation production, Debtor, through Counsel Gurdin, produced an October 2024 statement for this

acccount covering October 1 through 30, 2024, when Debtor's replacement business checking account ending in 4740 was opened. Thus, the entire month through October 31, 2024 is now covered by the US Trustee's analysis.

Luxury Time Global Bank Accounts:

| | | | |
|---|---|---|---|
| | Wells Fargo | Debtors Business Checking | x9319 |
| | Wells Fargo | Debtors Business Checking | x4740 |
| | Wells Fargo | Debtor Business Savings | x4757 |

**Luxury Time Global**
**Transfers to/from Mr. Bartels' Personal Account**

| Month & Year | Business Account | Account No. | No. Transactions | Personal Accounts | Deposits | Withdrawals | Net |
|---|---|---|---|---|---|---|---|
| January 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 15 | x5435 | | $ 626,500.00 | $ (626,500.00) |
| | | | 0 | x9620 | $ - | | |
| | | | 3 | x9620 | | $ 10,500.00 | $ (10,500.00) |
| January 2024 | Debtor Business Checking | x9319 | 37 | x5435 | $ 1,131,050.00 | | |
| | | | 3 | x5435 | | $ 106,000.00 | $ 1,025,050.00 |
| | | | 12 | x9620 | $ 214,000.00 | | |
| | | | 5 | x9620 | | $ 40,000.00 | $ 174,000.00 |
| | | | | Net Cash to Debtor | $ 1,345,050.00 | $ 783,000.00 | $ 562,050.00 |
| February 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 6 | x5435 | | $ 341,000.00 | $ (341,000.00) |
| | | | 1 | x9620 | $ 25,000.00 | | |
| | | | 3 | x9620 | | $ 14,400.00 | $ 10,600.00 |
| February 2024 | Debtor Business Checking | x9319 | 22 | x5435 | $ 831,350.00 | | |
| | | | 2 | x5435 | | $ 250,000.00 | $ 581,350.00 |
| | | | 5 | x9620 | $ 142,000.00 | | |
| | | | 3 | x9620 | | $ 40,000.00 | $ 102,000.00 |
| | | | 1 | x0091 | $ 6,637.25 | | |
| | | | 1 | x0091 | | $ 338.00 | $ 6,299.25 |
| | | | | Net Cash to Debtor | $ 1,004,987.25 | $ 645,738.00 | $ 359,249.25 |
| March 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 6 | x5435 | | $ 346,000.00 | $ (346,000.00) |
| | | | 0 | x9620 | $ - | | |
| | | | 4 | x9620 | | $ 60,611.60 | $ (60,611.60) |
| March 2024 | Debtor Business Checking | x9319 | 19 | x5435 | $ 716,834.78 | | |
| | | | 4 | x5435 | | $ 305,000.00 | $ 411,834.78 |
| | | | 5 | x9620 | $ 146,000.00 | | |
| | | | 4 | x9620 | | $ 23,000.00 | $ 123,000.00 |
| | | | 1 | x0091 | $ 82.22 | | |
| | | | 0 | x0091 | | $ - | $ 82.22 |
| | | | 0 | Cash App | $ - | | |
| | | | 5 | Cash App | | $ 9,690.00 | $ (9,690.00) |
| | | | | Net Cash to Debtor | $ 862,917.00 | $ 744,301.60 | $ 118,615.40 |
| April 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 14 | x5435 | | $ 614,500.00 | $ (614,500.00) |
| | | | 0 | x9620 | $ - | | |
| | | | 8 | x9620 | | $ 60,600.00 | $ (60,600.00) |
| April 2024 | Debtor Business Checking | x9319 | 19 | x5435 | $ 875,500.00 | | |
| | | | 5 | x5435 | | $ 447,000.00 | $ 428,500.00 |
| | | | 5 | x9620 | $ 253,000.00 | | |
| | | | 3 | x9620 | | $ 40,000.00 | $ 213,000.00 |
| | | | | **Net cash to Bartels** | $ 1,128,500.00 | $ 1,162,100.00 | **$ (33,600.00)** |
| May 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 13 | x5435 | | $ 1,024,000.00 | $ (1,024,000.00) |
| | | | 0 | x9620 | $ - | | |
| | | | 2 | x9620 | | $ 31,000.00 | $ (31,000.00) |
| May 2024 | Debtor Business Checking | x9319 | 30 | x5435 | $ 1,487,500.00 | | |
| | | | 2 | x5435 | | $ 340,000.00 | $ 1,147,500.00 |
| | | | 7 | x9620 | $ 280,000.00 | | |
| | | | 2 | x9620 | | $ 20,000.00 | $ 260,000.00 |
| | | | | Net Cash to Debtor | $ 1,767,500.00 | $ 1,415,000.00 | $ 352,500.00 |

**Luxury Time Global**
**Transfers to/from Mr. Bartels' Personal Account**

| Month & Year | Business Account | Account No. | No. Transactions | Personal Accounts | Deposits | Withdrawals | Net |
|---|---|---|---|---|---|---|---|
| June 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 8 | x5435 | | $ 426,000.00 | $ (426,000.00) |
| | | | 0 | x9620 | $ - | | |
| | | | 1 | x9620 | | $ 22,000.00 | $ (22,000.00) |
| June 2024 | Debtor Business Checking | x9319 | 19 | x5435 | $ 920,500.00 | | |
| | | | 1 | x5435 | | $ 200,000.00 | $ 720,500.00 |
| | | | 3 | x9620 | $ 91,000.00 | | |
| | | | 1 | x9620 | | $ 20,000.00 | $ 71,000.00 |
| | | | 3 | x0091 | $ 48,997.75 | | |
| | | | 0 | x0091 | | $ - | $ 48,997.75 |
| | | | | Net Cash to Debtor | $ 1,060,497.75 | $ 668,000.00 | $ 392,497.75 |
| July 2024 | Debtor Business Savings | x8605 | 0 | x5435 | $ - | | |
| | | | 8 | x5435 | | $ 402,257.51 | $ (402,257.51) |
| | | | 0 | x9620 | $ - | | |
| | | | 1 | x9620 | | $ 55,000.00 | $ (55,000.00) |
| July 2024 | Debtor Business Checking | x9319 | 11 | x5435 | $ 770,000.00 | | |
| | | | 3 | x5435 | | $ 480,000.00 | $ 290,000.00 |
| | | | 3 | x9620 | $ 73,500.00 | | |
| | | | 3 | x9620 | | $ 64,500.00 | $ 9,000.00 |
| | | | 0 | x0091 | $ - | | |
| | | | 1 | x0091 | | $ 35,000.00 | $ (35,000.00) |
| | | | | **Net cash to Bartels** | $ 843,500.00 | $ 1,036,757.51 | **$ (193,257.51)** |
| August 2024 | Debtor Business Savings | x8605 | 1 | x5435 | $ 429.77 | | |
| | | | 1 | x5435 | | $ 15,000.00 | $ (14,570.23) |
| | | | 4 | x9620 | $ 28,000.00 | | |
| | | | 9 | x9620 | | $ 93,000.00 | $ (65,000.00) |
| August 2024 | Debtor Business Checking | x9319 | 2 | x5435 | $ 48,000.00 | | |
| | | | 0 | x5435 | | $ - | $ 48,000.00 |
| | | | 13 | x9620 | $ 197,500.00 | | |
| | | | 16 | x9620 | | $ 234,000.00 | $ (36,500.00) |
| | | | 1 | x0091 | $ 10,158.75 | | |
| | | | 0 | x0091 | | $ - | $ 10,158.75 |
| | | | 0 | Cash App | $ - | | |
| | | | 2 | Cash App | | $ 12,500.00 | $ (12,500.00) |
| | | | | **Net Cash to Bartels** | $ 284,088.52 | $ 354,500.00 | **$ (70,411.48)** |
| September 2024 | Debtor Business Savings | x8605 | 1 | x5435 | $ 1,500.00 | | |
| | | | 0 | x5435 | | $ - | $ 1,500.00 |
| | | | 5 | x9620 | $ 38,500.00 | | |
| | | | 14 | x9620 | | $ 181,500.00 | $ (143,000.00) |
| September 2024 | Debtor Business Checking | x9319 | 0 | x5435 | $ - | | |
| | | | 1 | x5435 | | $ 1,500.00 | $ (1,500.00) |
| | | | 19 | x9620 | $ 336,875.00 | | |
| | | | 12 | x9620 | | $ 157,500.00 | $ 179,375.00 |
| | | | | Net Cash to Debtor | $ 376,875.00 | $ 340,500.00 | $ 36,375.00 |
| October 2024 | Debtor Business Savings | x8605 | 1 | x5435 | $ 3,504.03 | | |
| | | | 0 | x5435 | | $ - | $ 3,504.03 |
| | | | 5 | x9620 | $ 27,550.00 | | |
| | | | 18 | x9620 | | $ 231,150.00 | $ (203,600.00) |
| October 2024 [1] | Debtor Business Checking | x9319 | 0 | x5435 | $ - | | |
| | | | 0 | x5435 | | $ - | $ - |
| | | | 15 | x9620 | $ 225,400.00 | | |
| | | | 16 | x9620 | | $ 135,343.00 | $ 90,057.00 |
| | | | | **Net Cash to Bartels** | $ 256,454.03 | $ 366,493.00 | **$ (110,038.97)** |

**Luxury Time Global**
**Transfers to/from Mr. Bartels' Personal Account**

| Month & Year | Business Account | Account No. | No. Transactions | Personal Accounts | Deposits | Withdrawals | Net |
|---|---|---|---|---|---|---|---|
| November 2024 | Debtor Business Savings | x4757 | 1 | x2425 | $ 70,000.00 | | |
| | | | 25 | x2425 | | $ 309,200.00 | $ (239,200.00) |
| November 2024 | Debtor Business Checking | x4740 | 19 | x2425 | $ 280,270.00 | | |
| | | | 16 | x2425 | | $ 162,197.48 | $ 118,072.52 |
| | | | | **Net Cash to Bartels** | $ 350,270.00 | $ 471,397.48 | **$ (121,127.48)** |
| December 2024 | Debtor Business Savings | x4757 | 4 | x2425 | $ 45,000.00 | | |
| | | | 27 | x2425 | | $ 579,229.39 | $ (534,229.39) |
| December 2024 | Debtor Business Checking | x4740 | 14 | x2425 | $ 123,049.00 | | |
| | | | 9 | x2425 | | $ 87,833.00 | $ 35,216.00 |
| | | | | **Net Cash to Bartels** | $ 168,049.00 | $ 667,062.39 | **$ (499,013.39)** |
| January 2025 | Debtor Business Savings | x4757 | 17 | x2425 | $ 35,907.00 | | |
| | | | 7 | x2425 | | $ 50,706.00 | $ (14,799.00) |
| | | | 2 | x4072 | $ 8,932.01 | | |
| | | | 2 | x4072 | | $ 17,500.00 | $ (8,567.99) |
| January 2025 | Debtor Business Checking | x4740 | 70 | x2425 | $ 241,556.41 | | |
| | | | 35 | x2425 | | $ 270,737.53 | $ (29,181.12) |
| | | | 5 | x4072 | $ 83,644.00 | | |
| | | | 0 | x4072 | | $ - | $ 83,644.00 |
| | | | | Net Cash to Debtor | $ 370,039.42 | $ 338,943.53 | $ 31,095.89 |
| February 2025 | Debtor Business Savings | x4757 | 11 | x2425 | $ 77,222.00 | | |
| | | | 18 | x2425 | | $ 227,077.00 | $ (149,855.00) |
| | | | 2 | x4072 | $ 7,000.00 | | |
| | | | 0 | x4072 | | $ - | $ 7,000.00 |
| February 2025 | Debtor Business Checking | x4740 | 44 | x2425 | $ 435,696.00 | | |
| | | | 18 | x2425 | | $ 125,254.00 | $ 310,442.00 |
| | | | 11 | x4072 | $ 206,612.75 | | |
| | | | 0 | x4072 | | $ - | $ 206,612.75 |
| | | | | Net Cash to Debtor | $ 726,530.75 | $ 352,331.00 | $ 374,199.75 |
| March 2025 | Debtor Business Savings | x4757 | 17 | x2425 | $ 250,843.50 | | |
| | | | 16 | x2425 | | $ 200,087.00 | $ 50,756.50 |
| | | | 4 | x4072 | $ 91,500.00 | | |
| | | | 5 | x4072 | | $ 88,087.00 | $ 3,413.00 |
| March 2025 | Debtor Business Checking | x4740 | 18 | x2425 | $ 69,981.50 | | |
| | | | 14 | x2425 | | $ 261,601.00 | $ (191,619.50) |
| | | | 11 | x4072 | $ 125,001.00 | | |
| | | | 4 | x4072 | | $ 85,269.00 | $ 39,732.00 |
| | | | | **Net Cash to Bartels** | $ 537,326.00 | $ 635,044.00 | **$ (97,718.00)** |
| | | | | | $ 11,082,584.72 | $ 9,981,168.51 | $ 1,101,416.21 |

[1] While Mr. Bartels testified that the Debtor had closed its Wells Fargo business checking account ending in 9319 as of September 30,2024, as part of the May 29, 2025 partial additional document production, Debtor, through Counsel Gurdin, produced an October 2024 statement for this account covering October 1 through 30, 2024, when Debtor's replacement business checking account ending in 4740 was opened. Thus, the entire month through October 31, 2924 is now covered by the US Trustee's analysis.

Eric Bartels Personal Bank Accounts:

| | | | |
|---|---|---|---|
| (green) | Wells Fargo | Eric Bartels Savings | x5435 |
| (yellow) | Wells Fargo | Eric Bartels Checking | x9620 |
| (purple) | Wells Fargo | Eric Bartels Checking | x2425 |
| (pink) | Wells Fargo | Eric Bartels Ways2Save | x0091 |
| (blue) | Wells Fargo | Eric Bartels Savings | x4072 |