**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| LUXURY TIME GLOBAL, LLC, | : | CASE NO. 5:25-bk-00912-MJC |
| DEBTOR | : | |
| ANDREW R. VARA<br>UNITED STATES TRUSTEE, | : | |
| Movant | : | |
| vs. | : | |
| LUXURY TIME GLOBAL, LLC, | : | |
| Respondent | : | |

**ORDER APPROVING STIPULATION TO VOLUNTARILY CONVERT CASE TO CHAPTER 7 PROCEEDING**

The Court, having determined to grant the relief requested based on the Stipulation, Doc. 91, between Andrew R. Vara, United States Trustee for Regions 3 and 9 ("U.S. Trustee"), SubChapter V Trustee Jill E. Durkin ("Trustee Durkin") and Luxury Time Global, LLC, Debtor ("Debtor"), (collectively, "Parties"), finds cause pursuant to 11 U.S.C. § 1112(b) to convert the underlying case from chapter 11 to chapter 7.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. This chapter 11 case is CONVERTED to a case under chapter 7, bearing the same case number.

2. As requested by the Parties, the in-person evidentiary hearing upon the U.S. Trustee's Motion and the Debtor's Dismissal Motion previously scheduled for August 26, 2025 at 11:00 a.m. shall be VACATED as fully resolved, and all appearances thereat are excused.

3. The United States Trustee is hereby authorized to appoint a chapter 7 trustee to carry out the duties under 11 U.S.C. § 704.

4. The Debtor, acting through its sole and managing member Eric David Bartels and with the continuing assistance of Counsel Gurdin, shall:

a. forthwith turnover to the appointed Chapter 7 trustee all records and property of the estate under its custody and control, including passwords to its online accounts, as required by Federal Rule of Bankruptcy Procedure 1019(d);

b. within thirty (30) days after entry of the order approving the instant Stipulation, file with the U.S. Trustee an accounting of all receipts and distributions made, as required by Federal Rule of Bankruptcy Procedure 1019(e)(1)(B);

c. within fourteen (14) days after the entry of the order approving the instant Stipulation, file with the Court a schedule of all unpaid debts incurred after the commencement of the chapter 11 case, including the name and address of each claim holder, as required by Federal Rule of Bankruptcy Procedure 1019(e)(1)(A);

d. file all tax returns required by any order of this Court and provide W-2 forms to employees within thirty (30) days after entry of the order approving the instant Stipulation; and

e. file an amended matrix listing parties entitled to notice and shall file the statements and schedules required by Federal Rules of Bankruptcy Procedure 1019(a)(1) and 1007(b) within fourteen (14) days after entry of the order approving the instant Stipulation.

5. Claims filed in this case need not be re-filed. *See* notice of § 341 meeting for the deadline for filing claims.

6. Any request for payment of an administrative expense incurred before conversion shall be timely only if filed within forty-nine (49) days after the entry of this Order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 22, 2025