**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| Luxury Time Global, LLC | : Case No. **5:25-bk-00912-MJC** |
| | : |
| Debtor | : |
| | : |

**ENTRY OF APPEARANCE**

TO: Clerk of Court

Kindly enter the appearances of Beverly Weiss Manne, Esquire, Kasey D. Bolton, Esquire, and Tucker Arensberg, P.C. on behalf of Creditor, Orafi, Inc.

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9007(b) of the Federal Rules Bankruptcy Procedure, the undersigned requests that all notices given or required to be given and all papers served or required to be served, electronic or otherwise, be provided to and served upon the undersigned at the following addresses:

Beverly Weiss Manne, Esquire
Tucker Aresnberg, P.C.
One PPG Place, Suite 1500
Pittsburgh, PA 15222
412-566-1212
412-594-5619
bmanne@tuckerlaw.com

Kasey D. Bolton, Esquire
Tucker Aresnberg, P.C.
300 Corporate Center Drive, Suite 200
Camphill, PA 17011
412-566-1212
412-594-5619
kbolton@tuckerlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 of the Bankruptcy Code, the foregoing requests includes without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, answers, schedules or assets and liabilities, or other filings pertaining or related in any way to the above-captioned matter.

**TUCKER ARENSBERG, P.C.**

Dated: May 19, 2026

*/s/ Beverly Weiss Manne*

Beverly Weiss Manne
PA. I.D. No 34545
One PPG Place, Suite 1500
Pittsburgh, PA 15222

Kasey D. Bolton, Esquire
PA I.D. No. 321169
300 Corporate Center Drive, Suite 200
Camphill, PA 17011

Phone: 412-566-1212
Email: bmanne@tuckerlaw.com
Email: kbolton@tuckerlaw.com

*Counsel for Creditor Orafi, Inc.*