**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Wilkes-Barre)**

| | |
|---|---|
| In re: | : |
| | : |
| Luxury Time Global, LLC | : Case No. **5:25-bk-00912-MJC** |
| | : |
| Debtor | : |
| | : |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JUSTIN G. GENDLER**

Beverly Weiss Manne, Esquire ("Movant"), of the law firm of Tucker Arensberg, P.C., to respectfully request this Honorable Court to enter an Order Pursuant to Local Rule 2090-1(b), admitting Justin J. Gendler, Esquire ("Applicant") *pro hac vice*, to practice before this Court in the instant bankruptcy case and all proceedings or contested matters arising in or related to this case (including pending and any future adversary proceedings) on behalf of Orafi, Inc. dba Timeless Jewelers, and in support thereof states as follows:

1. Applicant is currently an attorney with the law firm Gendler & Gendler, with an address of PO Box 450135, Fort Lauderdale Florida 3345-0135, phone: 954-728-4569, and email address: jgendler@gendlerlawyers.com.

2. Applicant was admitted to the Florida Bar on September 19, 2022 (FL. I.D. No. 1038448), the New York Bar on May 6, 2024 (No. 6116982) and the New Jersey Bar on December 13, 2024 (Bar No. 495842024) and has remained in good standing since his admission.

3. Applicant has also been admitted to practice in the U.S. District Courts in the Southern District of Florida and the Middle District of Florida.

4. Pursuant to Local Rule 2090-1(b), Movant makes a written motion as a member of the bar of this Court for the admission of Applicant, who intends to practice before this Honorable Court in the above-captioned action and any adversary proceedings related thereto. .

5. Movant believes Applicant is qualified for admission *pro hac vice,* and that just cause exists for such admission.

6. Filed concurrently herewith is the Certification of Justin J. Gendler.

WHEREFORE, Movant, Beverly Weiss Manne, Esquire, respectfully requests this Honorable Court to enter an Order specially admitting Justin J. Gendler, Esquire, to practice before this Court for the limited purpose of representing Orafi Inc. in this action and any proceedings or contested matter arising in or related to this action, including pending and any future adversary proceedings.

Respectfully submitted,

**TUCKER ARENSBERG, P.C.**

Dated: May 27, 2026

By */s/ Beverly Weiss Manne*

Beverly Weiss Manne, Esq.
PA ID No. 34545
1500 One PPG Place
Pittsburgh, PA 15222
Phone: 412-594-5525
Email: bmanne@tuckerlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Wilkes-Barre)**

| | |
|---|---|
| In re: | : |
| | : |
| Luxury Time Global, LLC | : Case No. **5:25-bk-00912-MJC** |
| | : |
| Debtor | : |
| | : |

**CERTIFICATION**

I hereby certify that I am eligible for admission pro hac vice to this Court, that I am admitted to practice in good standing in the Bars of the States of Florida, New Jersey and New York, that any other admissions to practice pro hac vice have not been revoked, and that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the Court, or in connection with the representation of my client in this case.

*/s/ Justin G. Gendler*

Justin G. Gendler, Esq.
Gendler & Gendler,
PO Box 450135
Fort Lauderdale Florida 3345-0135
Phone: 954-728-4569
Email: jgendler@gendlerlawyers.com.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Wilkes-Barre)**

| | |
|---|---|
| In re: | : |
| | : |
| Luxury Time Global, LLC | : Case No. **5:25-bk-00912-MJC** |
| | : |
| Debtor | : |
| | : |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW, this __day of __________, 2026, upon consideration of the Motion for Admission *Pro Hac Vice* of Justin G. Gendler, the Motion is GRANTED and said counsel is authorized to appear on behalf of ORAFI, Inc., in this action and any present or future contested matter or adversary proceeding arising in or related to this action.

BY THE COURT:

______________________________J.