**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Wilkes-Barre)**

| | |
|---|---|
| In re: | : |
| | : |
| Luxury Time Global, LLC | : Case No. 5:25-bk-00912-MJC |
| | : |
| Debtor | : Chapter 7 |
| | : |

## **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion for Admission *Pro Hac Vice* of Justin G. Gendler, Doc. 143 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and said counsel is authorized to appear on behalf of ORAFI, Inc., in this action and any present or future contested matter or adversary proceeding arising in or related to this action.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 29, 2026

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−5 | User: AutoDocketer | Date Created: 5/29/2026 |
| Case: 5:25−bk−00912−MJC | Form ID: pdf010 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Justin G. Gendler | Gendler and Gendler | PO Box 450135 | Fort Lauderdale, FL 33345 |

TOTAL: 1