United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 25-00912-MJC
Luxury Time Global, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: May 29, 2026 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| aty | + | Justin G. Gendler, Gendler and Gendler, PO Box 450135, Fort Lauderdale, FL 33345-0135 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Orafi Inc. bmanne@tuckerlaw.com, jrusnack@tuckerlaw.com |
| Brian Rabkin | on behalf of Creditor THORO CORP brian.rabkin@gmail.com |
| C. Stephen Gurdin, Jr | on behalf of Plaintiff Luxury Time Global LLC Stephen@gurdinlaw.com michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 Luxury Time Global LLC Stephen@gurdinlaw.com, michelle@gurdinlaw.com |
| C. Stephen Gurdin, Jr | on behalf of Defendant Luxury Time Global LLC Stephen@gurdinlaw.com, michelle@gurdinlaw.com |
| Christian P. LaBletta | on behalf of Creditor Omar Baker clabletta@lablettawalters.com hburtchaell@lablettawalters.com |

| | |
|---|---|
| Christian P. LaBletta | on behalf of Plaintiff Omar Baker clabletta@lablettawalters.com hburtchaell@lablettawalters.com |
| David J. Harris | on behalf of Attorney PETER MALAK dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Plaintiff PETER MALAK dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Defendant PETER MALAK dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jeffrey Cianciulli | on behalf of Service Addressee Empire Recovery Solutions LLC jcianciulli@weirlawllp.com imarciniszyn@weirlawllp.com |
| Jeffrey Cianciulli | on behalf of Service Addressee Sinclaire Funding Group jcianciulli@weirlawllp.com imarciniszyn@weirlawllp.com |
| Jeffrey Cianciulli | on behalf of Defendant Empire Recovery Soutions LLC jcianciulli@weirlawllp.com imarciniszyn@weirlawllp.com |
| Jeffrey Cianciulli | on behalf of Defendant Sinclair Funding Group jcianciulli@weirlawllp.com imarciniszyn@weirlawllp.com |
| Jeffrey Cianciulli | on behalf of Defendant Funderz Group LLC jcianciulli@weirlawllp.com, imarciniszyn@weirlawllp.com |
| Jill E Durkin | on behalf of Trustee Jill E. Durkin jilldurkinesq@gmail.com psheldon@sheilslaw.com |
| Jill E Durkin | on behalf of Miscellaneous Participant Jill E. Durkin jilldurkinesq@gmail.com psheldon@sheilslaw.com |
| Jill E Durkin | on behalf of Plaintiff Jill E. Durkin jilldurkinesq@gmail.com psheldon@sheilslaw.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| John G. Dean | on behalf of Defendant THORO CORP jgd@elliottgreenleaf.com |
| John J Martin | on behalf of Creditor Michael Afonso jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Kenneth G Lau | on behalf of Asst. U.S. Trustee United States Trustee kenneth.g.lau@usdoj.gov |
| Lisa M. Doran | on behalf of Creditor Orafi Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 24

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Wilkes-Barre)**

| | |
|---|---|
| In re: | : |
| | : |
| Luxury Time Global, LLC | : Case No. 5:25-bk-00912-MJC |
| | : |
| Debtor | : Chapter 7 |
| | : |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion for Admission *Pro Hac Vice* of Justin G. Gendler, Doc. 143 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and said counsel is authorized to appear on behalf of ORAFI, Inc., in this action and any present or future contested matter or adversary proceeding arising in or related to this action.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 29, 2026