**DAVID J. HARRIS, ESQUIRE**
**Counsel to the Plaintiff, Peter Malak**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**67-69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LUXURY TIME GLOBAL, LLC, | : | Chapter 11 |
| | : | Case No.: 05:25-bk-00912-MJC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 17th day of August, 2026, I served a true and correct copy of the Objection of Peter Malak to the Motion of Trustee Jill E. Durkin to Enforce the Automatic Stay upon the person set forth below by ECF, as follows:

**Jill E Durkin**
jilldurkinesq@gmail.com

**Beverly Weiss Manne**
bmanne@tuckerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: August 17, 2017
Wilkes-Barre, Pennsylvania

BY: /s/ David J. Harris
DAVID J. HARRIS, ESQUIRE