**DAVID J. HARRIS, ESQUIRE**
**Counsel to the Plaintiff, Peter Malak**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**67-69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LUXURY TIME GLOBAL, LLC, | : | Chapter 7 |
| | : | Case No.: 05:25-bk-00912-MJC |
| | : | |
| Debtor | : | |
| | : | |

---

**AMENDED REQUEST TO ENTER APPEARANCE AND FOR NOTICES UNDER BANKRUPTCY RULES 2002, 7007 AND 9010**

---

PLEASE TAKE NOTICE that the undersigned appears for PETER MALAK in the captioned bankruptcy case, and pursuant to Bankruptcy Rules 2002, 7007, and 9010, requests that any and all notices given or required to be given, and all papers served or required to be served, in this case and any adversary proceeding filed in the case, be given to and served upon the undersigned, at the address set forth in the header above the caption herein.

THE UNDERSIGNED REQUESTS that an entry be made on the Clerk's Matrix system in the captioned bankruptcy case and in any adversary proceeding filed therein to include the undersigned's name and address for mailing of the notices, said address being set forth above the caption herein.

PLEASE TAKE FURTHER NOTICE that pursuant to the foregoing Bankruptcy Rules, the foregoing requests include not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition,

pleading, request, complaint or demand whether formal or informal, whether written or oral, and letters transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the rights of, and obligations owed to, PETER MALAK, by the debtor herein or by any third party, or property or proceedings thereof which they or the debtor may claim or assert an interest in, in any way, or which require any act, delivery of any property, payment or other contact to or by it or the debtor.

Dated: August 21, 2026
Wilkes-Barre, Pennsylvania

/s/ David J. Harris, Esquire________
DAVID J. HARRIS, ESQUIRE