| | | |
|---|---|---|
| 08/06/2026 | 161 (3 pgs) | BNC Certificate of Notice (RE: related document(s)159). Notice Date 08/06/2026. (Admin.) (Entered: 08/07/2026) |
| 08/07/2026 | 162 (4 pgs) | BNC Certificate of Notice (RE: related document(s)160). Notice Date 08/07/2026. (Admin.) (Entered: 08/08/2026) |
| 08/10/2026 | 163 (16 pgs) | Limited Sur-Reply to Trustee's Reply. Filed by Eric D. Bartels (RE: related document(s)156). (McHugh, Michael) (Entered: 08/10/2026) |
| 08/13/2026 | 164 (1 pg) | Notice of Change of Address Filed by Michael Manser . (McHugh, Michael) (Entered: 08/13/2026) |
| 08/17/2026 | 165 (8 pgs) | Objection to *Motion of Trustee to Enforce the Automatic Stay* Filed by David J. Harris on behalf of PETER MALAK (RE: related document(s)152). (Harris, David) (Entered: 08/17/2026) |
| 08/17/2026 | 166 (1 pg) | Certificate of Service *(Regarding Objection of Peter Malak To Motion of Trustee to Enforce Automatic Stay)* Filed by David J. Harris on behalf of PETER MALAK (RE: related document(s)165). (Harris, David) (Entered: 08/17/2026) |
| 08/20/2026 | 167 (2 pgs) | Entry of Appearance of David J. Harris, Esquire Filed by David J. Harris on behalf of PETER MALAK. (Harris, David) (Entered: 08/20/2026) |
| 08/20/2026 | 168 | Notice: There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry #167. The caption of the Request indicates this is a chapter 11 case but in fact it is a chapter 7. Please review the noted discrepancy for accuracy. If the information you provided is not accurate, please refile or amend your document. (There is no image or paper document associated with this entry.) (RE: related document(s)167). (McHugh, Michael) (Entered: 08/20/2026) |
| 08/21/2026 | 169 (2 pgs) | Amended Entry of Appearance of David J. Harris, Esquire Filed by David J. Harris on behalf of PETER MALAK. (Harris, David) (Entered: 08/21/2026) |
| 08/21/2026 | | (private) Deadlines terminated (RE: related document(s) 168 ). (McHugh, Michael) (Entered: 08/21/2026) |
| 08/24/2026 | 170 (10 pgs; 2 docs) | Answer *TRUSTEE'S RESPONSE TO MALAK OBJECTION TO TRUSTEE'S MOTION* Filed by Beverly Weiss Manne of Tucker Arensberg PC on behalf of Jill E. Durkin (RE: related document(s)152). (Attachments: # 1 Certificate of Service) (Manne, Beverly)Modified on 8/25/2026 (MPM). Related document(s) 165. Modified on 8/25/2026 (MPM). (Entered: 08/24/2026) |
| 08/24/2026 | 171 (12 pgs; 2 docs) | Objection to *Bartels Sur Reply to renewed Objection to Application* Filed by Jill E. Durkin on behalf of Jill E. Durkin (RE: related document(s)163). (Attachments: # 1 Exhibit A - Proposed Order)(Durkin, Jill) (Entered: 08/24/2026) |
| 08/25/2026 | 172 | **Proceeding Memo for hearing scheduled on: 08/25/2026**<br>**MATTER:** Motion to Enforce the Automatic Stay # 152 filed by Jill E. Durkin, Trustee # 152 ; Objection by Peter Malak # 165 ; Trustee's Response to Objection # 170 |

| | | |
|---|---|---|
| | | **APPEARANCES:** Jill E. Durkin, Esq., Casey Bolton, Esq., David J. Harris, Esq. (all in person); Beverly Weiss Manne, Esq. (by remote appearance)<br>**DISPOSITION:** Hearing held. Motion settled, Agreed To Order or Stipulation to be filed within fourteen (14) days as discussed on the record. Order - Agreed To Order / Stipulation or a Request to Relist Matter to be filed within fourteen (14) days. If the Agreed To Order / Stipulation is not filed by the date indicated or a request to relist matter for hearing is not filed, the underlying Motion may be denied without prejudice and without further Notice. IT IS SO ORDERED. /s/ Mark J. Conway. Record made. Stipulation Due 09/08/2026 (Ratchford, Patricia) (Entered: 08/25/2026) |
| 08/26/2026 | 173<br>(19 pgs) | Motion for Leave to File a Limited Response to Documents 171 and 171-1. Filed by Eric D. Bartels (RE: related document(s)171) . (McHugh, Michael) (Entered: 08/27/2026) |
| 08/26/2026 | 174<br>(19 pgs) | Motion or Leave to File a Limited Response to Documents 171 and 171-1. Filed by Eric D. Bartels (RE: related document(s)171) . (McHugh, Michael) (Entered: 08/27/2026) |
| 08/28/2026 | 175<br>(8 pgs) | Objection to *Bartels' Motions for Leave to File Additional Response* Filed by Jill E. Durkin on behalf of Jill E. Durkin (RE: related document(s)173, 174). (Durkin, Jill) (Entered: 08/28/2026) |
| 08/31/2026 | 176<br>(2 pgs; 2 docs) | Notice setting hearing. Request submitted to BNC for mailing. (RE: related document(s)173, 174). Hearing scheduled for 9/10/2026 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. (McHugh, Michael) (Entered: 08/31/2026) |
| 09/02/2026 | 177<br>(3 pgs) | BNC Certificate of Notice (Notice of Hearing) (RE: related document(s)176). Notice Date 09/02/2026. (Admin.) (Entered: 09/03/2026) |
| 09/09/2026 | 178<br>(3 pgs) | Motion to Continue Hearing. Filed by Eric D. Bartels (RE: related document(s)173, 174, 176) . (McHugh, Michael). Related document(s) 151. Modified on 9/9/2026 (MPM). (Entered: 09/09/2026) |
| 09/09/2026 | 179<br>(2 pgs; 2 docs) | Order Denying Motion To Continue (RE: related document(s)151, 173, 174, 178). (McHugh, Michael) (Entered: 09/09/2026) |
| 09/10/2026 | 180 | **Proceeding Memo for hearing scheduled on: 09/10/2026**<br>**MATTER:** Amended Application to Employ Special Counsel # 151 filed by Trustee; Ltd. Objection of Eric Bartels # 153 ; Response to Objection by Trustee # 156 ; Ltd. Sur-Reply of E. Bartels # 163 Trustees Objection to Sur-Reply # 171<br>**APPEARANCES:** Kasey D. Bolton, Esq., Jill E. Durkin, Esq. (both in person appearance), Beverly W. Manne, Esq., Eric D. Bartels, Creditor, Peter Malak, Creditor, (all by remote appearance)<br>**DISPOSITION:** Hearing Held. Objection is Overruled as stated on the record. Amended Application to Employ Special Counsel is Granted. Order to be entered. The Motions for Leave filed at Doc. 173 and 174 are considered MOOT. IT IS SO ORDERED. /s/ Mark J. Conway. Record made.<br>(Ratchford, Patricia) (Entered: 09/10/2026) |
| 09/11/2026 | 181<br>(4 pgs; 2 docs) | Order Granting *Amended* Application to Employ Tucker Arensberg, P.C. and Gendler & Gendler, PLLC as Special Counsel (RE: related |