| | | |
|---|---|---|
| 08/25/2026 | 172 | **Proceeding Memo for hearing scheduled on: 08/25/2026**<br>**MATTER:** Motion to Enforce the Automatic Stay # 132 filed by Jill E. Durkin, Trustee # 1<br>**APPEARANCES:** Jill E. Durkin, Esq., Casey Bolton, Esq., David J. Harris, Esq. (all in pe<br>**DISPOSITION:** Hearing held. Motion settled, Agreed To Order or Stipulation to be filed w<br>filed within fourteen (14) days. If the Agreed To Order / Stipulation is not filed by the date i<br>without further Notice. IT IS SO ORDERED. /s/ Mark J. Conway. Record made.<br>Stipulation Due 09/08/2026 (Ratchford, Patricia) (Entered: 08/25/2026) |

52 ; Objection by Peter Malak # 165 ; Trustee's Response to Objection # 170
rson); Beverly Weiss Manne, Esq. (by remote appearance)
within fourteen (14) days as discussed on the record. Order - Agreed To Order / Stipulation or a Request to Relist Matter to be indicated or a request to relist matter for hearing is not filed, the underlying Motion may be denied without prejudice and